| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>Hope Moxley | B. Date of Delivery<br>5-13-05 |
| | C. Signature<br>X Hope M_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Burke's Outlet Stores-Ala, Inc.<br>c/o James Edward<br>444 South Perry Street<br>Montgomery, Alabama 36104<br><br>05cv 423 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service l | 7002 2410 0007 9875 9030 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |