IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 MAY 25  P 3: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05CV423-F |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Dorman Walker (WAL086) and JoClaudia Moore (MIT033), Balch & Bingham LLP, Post Office Box 78, Montgomery, Alabama 36101, 334/834-6500, as attorneys of record for defendant in this matter. The Court and counsel are requested to serve copies of all notices, orders, pleadings and other papers on these counsel.

Respectfully submitted this 25th day of May, 2005.

_____
One of counsel for Defendant

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

157357.1

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served counsel for the opposing party with a copy of the above and foregoing pleading by depositing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama 36302

This the 25th day of May, 2005.

                                                               /s/ [signature]
                                                              Of Counsel