IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 MAY 25  P 3: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LESLYN BYRD, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:05CV423-F |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| Defendant. | ) |

## MOTION TO CONTINUE DEADLINE FOR FILING ANSWER

Defendant Burke's Outlet Stores-ALA, Inc., moves the Court to allow it two additional weeks to answer and respond to the complaint, so that an answer will be due June 16 instead of June 2, and as grounds for this motion shows the following:

1. The complaint was served May 10, 2005 and an answer is due June 2.

2. The undersigned local counsel just received the complaint on Monday, May 23, 2005. Defendant's administrative office is located out of state, which caused some delay in forwarding the complaint.

3. In order to properly investigate the complaint before answering, an additional two weeks within which to answer is requested.

4. The undersigned has discussed this motion with counsel for the plaintiff, who does not object to it.

_____
One of counsel for Defendant

157346.1

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the above and foregoing pleading by depositing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama  36302

This the 25th day of May, 2005.

                                              Of Counsel