IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv423 |
| BURKE'S OUTLET STORES-ALA. INC., | ) ) ) |
| Defendants. | ) |

## **ORDER**

On 25 May 2005, Defendant filed a Motion to Continue the Deadline for filing an Answer to the Complaint from 2 June 2005 to 16 June 2005 (Doc. 6).  Ultimately, Defendant filed its Answer by the original deadline on 2 June 2005 (Doc. 7).

Therefore, Defendant's Motion to Continue the Deadline for Answer is DENIED as MOOT.

DONE this 21st day of June, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE