IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05CV423-F |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to *Fed.R.Civ.P.* 7.1, defendant Burke's Outlet Stores-ALA, Inc. makes the following disclosure:

Defendant Burke's Outlet Stores-ALA, Inc. is a wholly-owned susidiary of Beall's Outlet Stores, Inc., which is a wholly owned subsidiary of Beall's, Inc. There is no publicly held corporation that owns 10% or more of the stock of Burke's Outlet Stores-ALA, Inc., Beall's Outlet Stores, Inc., or Beall's, Inc.

Done on this the 27th day of June, 2005.

                                                                  s/JoClaudia Moore
                                                                   One of counsel for defendant
                                                                   Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

158042.1

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

> Malcolm R. Newman
> Post Office Box 6137
> Dothan, Alabama 36302

> s/JoClaudia Moore
> Of Counsel