IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:05CV423-F |
| ) | |
| BURKE'S OUTLET STORES-ALA, ) | |
| INC., ) | |
| ) | |
| Defendant. | |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to *Fed.R.Civ.P.* 26(f) and the Court's Order dated September 29, 2005, a meeting was held on September 30, 2005 via telephone and was attended by:

Malcolm R. Newman on behalf of Plaintiff Leslyn Byrd; and

Dorman Walker and JoClaudia Moore on behalf of Defendant Burke's Outlet Stores-Ala, Inc.

1. **Pre-Discovery Disclosures.** The parties will exchange the information required by *Fed.R.Civ.P.* 26(a)(1) on or before October 14, 2005.

2. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects:

   Plaintiff expects to conduct discovery necessary to support the plaintiff's claims and damages.

   Defendant expects to conduct discovery on the facts and circumstances of this case, including but not limited to: plaintiff's work history; plaintiff's educational background; plaintiff's job performance; the alleged discrimination; the alleged violation of Section 101 of the Civil Rights Act, as codified in 42 *U.S.C.* §§ 1981, 2000(e); the alleged damages; the anticipated testimony of plaintiff's witnesses; issues that arise during the course of discovery and/or that are raised in any dispositive motion of the plaintiff or response of the plaintiff to any dispositive motion filed by the defendant; and such other material issues that may become relevant as the case develops.

   a. All discovery commenced in time to be completed by May 12, 2006.

161349.1

    b.    Maximum of 40 interrogatories by each party to each party. Responses are due 30 days after service.

    c.    Maximum of 40 requests for admission by each party to each party. Responses are due 30 days after service.

    d.    Maximum of 40 requests for production of document by each party to each party. Responses are due 30 days after service.

    e.    Maximum of 10 depositions by Plaintiff to Defendant and 10 by Defendant to Plaintiff. Depositions limited to eight hours, unless extended by agreement of the parties.

    f.    Reports from retained experts under Rule 26(a)(2) due:

           from Plaintiff by January 13, 2006; and
           from Defendant by March 1, 2006.

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3. **Other Items.**

    a.    The parties request a final pretrial conference on or before September 11, 2006.

        Plaintiff should be allowed until February 15, 2006 to join additional parties and to amend the pleadings.

    b.    Defendant should be allowed until February 22, 2006 to join additional parties and to amend the pleadings.

    c.    All potentially dispositive motions should be filed on or before July 5, 2006.

    d.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

    e.    Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, should be due from both Plaintiff and Defendant on August 27, 2006.

    f.    Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    g.    The case should be ready for trial by this Court's October 2006 trial term. At this time, the trial is expected to take approximately 4 days, excluding jury selection.

Respectfully submitted this 3rd day of October, 2005.

                                                                      s/Malcolm R. Newman (NEW017)
                                                                       Attorney for Plaintiff

Post Office Box 6137
Dothan, Alabama 36302
334/792-3132
334/671-8341 (fax)

                                                                       s/JoClaudia Moore (MIT033)
                                                                       One of counsel for defendant
                                                                       Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)