MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery , Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED:   10/14/05          TAPE RECORDING:   10:40 - 10:49

DATE COMPLETED:   10/14/05

Leslyn Byrd                                    *          2:05cv423-F

vs                                                 *

Burke's Outlet Stores-Ala, Inc.            *

---

PLAINTIFF                      APPEARANCES:                    DEFENDANT
                                          *
Malcolm Rance Newman               *          JoClaudia Moore
(Present by Telephone)                 *
                                          *

---

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:      Scheduling Conference

| Description | 2:05cv423-F:  Leslyn Byrd v. Burke's Outlet Stores-Ala, Inc.:  Scheduling Conference | |
|---|---|---|
| Date | 10/14/2005 | **Location**  Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 10:40:16 AM | Court | Court in Session |
| 10:41:19 AM | Court | Discovery Plan accepted by the Court |
| 10:42:36 AM | Court | Oct 2006 Trial Setting |
| 10:43:07 AM | Plaintiff | Does not see where he will need to depose anyone outside Alabama at this time |
| 10:43:37 AM | Court | Plaintiff file Objective Damages within 30 days |
| 10:44:20 AM | Plaintiff | No Jurisdiction Dispute |
| 10:44:45 AM | Defendant | Initial Disclosure Addressed |
| 10:46:31 AM | Court | Determines Personal knowledge as to persons who will be deposed is needed |
| 10:48:36 AM | Court | November 2006 Trial term rather than October 2006 |
| 10:49:12 AM | | Court in Recess |