IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV423-F |
| ) | [WO] |
| BURKE'S OUTLET STORES-ALA, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that on or before 10 November 2005, the plaintiff shall file with the Clerk of the court written notice of any backpay or objective damages claim up to the date of the notice. The plaintiff is DIRECTED to itemize her backpay claim and her claim for objective damages to include the following periods: (1) when different salaries apply, (2) when she earned no income, if any, (3) when she earned income from sources other than the defendant. "Objective damages" are those damages which are computable by reference to (1) a salary schedule or other document reflecting a party's alleged entitlement or monies withheld by the employer, or (2) actual expenses incurred by a party for injuries or losses, whether paid or unpaid. The plaintiff is further DIRECTED to include any amounts that should be set off against her backpay claim.

DONE this 14th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATE MAGISTRATE JUDGE