IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | * |
| PLAINTIFF, | * |
| VS. | * CASE NO. 2:05-CV-423-F |
| BURKE'S OUTLET STORES-ALA, INC., | * |
| DEFENDANT. | * |

## RULE 26 DISCLOSURES

Comes now Plaintiff, Leslyn Byrd, pursuant to Rule 26 of the Federal Rules of Civil Procedure, and provides the following information:

A.  The following is a list of names and, if known the addresses and telephone numbers of each individual believed to have discoverable non-privileged personal knowledge concerning the significant factual issues specifically raised in the complaint:

1. Group Manager
   Vickie Vaughn
   1-800-689-3980
   850-689-1000
   850-537-9066

2. Supervisor
   Tonya Chastang
   21037- Loop Road
   Andalusia, GA 36420

3. Sabrina Whatley
   27803 Antioch Road
   Andalusia, AL 36420



EXHIBIT A

4.  Joann Armstrong
    22952 County Road 85
    Opp, AL 36467
    334-222-7273
    334-493-9570

5.  Robin Denson
    720 Whatley Street
    Andalusia, AL 36420
    334-222-5995

6.  Linda Benson
    125 Murphy Drive
    Andalusia, AL 36420
    334-427-4830
    334-428-2690

7.  Alberta Crayton
    202 Coy Street
    Andalusia, AL 36420
    334-222-1553
    334-222-6420

8.  Tammie Shepherd
    218 2nd Street
    Greenville, AL 36037
    334-382-0165

9.  Annie Gorge
    15285 Mobile Road
    Georgiana, AL 36033
    334-376-9779

10. Vivian Brantley
    HC 34 Box 167-1
    Evergreen, AL 36401
    251-578-4971
    251-578-2522

11. Shana Wagon
    3441 US HWY 29
    Dozier, AL 36038
    (H) 334-388-3282

    12.    Sanjeanetta Mabien
           2889 Rudolph Road
           Tyley, AL 36785
           334-563-9826

    13.    Valeta Ford
           3770 Norman Bridge Road
           Apt. 14 A
           Montgomery, AL 36105

    14.    (Anna) Ediana Register
           563 Spanish Trace Dr.
           Altamonte Spring, FL 32714
           (W) 407-518-9341
           (C) 850-529-6501

    15.    Mary Smith
           1524 Marbella Dr.
           Apt. 10
           St. Louis, MO 63138
           (314) 484-6463

B.    The individual below will testify as to Plaintiff's character:

    1.    Mary Laird
          90 County HWY 185
          Defuniak Springs, FL 3243
          850-859-2386

C.    The following is a list of names and, if known the addresses and telephone numbers of each individual who will testify to Plaintiff's emotional/ psychological condition following her termination:

    1.    Reggie Walker, Counselor
          Enterprise Mental Health Center
          334-347-0212

    2.    Willie Byrd, Jr.
          29201 Jeff Street
          Andalusia, AL 36420
          334-388-4168

D.  INSURANCE

  1.  None


                              Malcolm R. Newman, Attorney, P.C.

                              *Malcolm R. Newman*
                              Malcolm R. Newman (NEW017)
                              Attorney for Plaintiff
                              P.O. Box 6137
                              Dothan, AL 36302
                              334-792-2132
                              ASB-2826-M39M


## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing upon;

JoClaudia Moore, Esq.
Dorman Walker, Esq.
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL 36101

By placing a copy of the same in the United States Mail, postage prepaid this the 13th day of October, 2005.

                              *Malcolm R. Newman*
                              ―――――――――――――――――
                              Malcolm R. Newman, Esq.