IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV423-F |
| | ) [WO] |
| BURKE'S OUTLET STORES-ALA, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

For good cause, it is

ORDERED that on or before 10 November 2005, the plaintiff shall file with the Clerk of the court written notice of any backpay or objective damages claim up to the date of the notice. The plaintiff is DIRECTED to itemize her backpay claim and her claim for objective damages to include the following periods: (1) when different salaries apply, (2) when she earned no income, if any, (3) when she earned income from sources other than the defendant. "Objective damages" are those damages which are computable by reference to (1) a salary schedule or other document reflecting a party's alleged entitlement or monies withheld by the employer, or (2) actual expenses incurred by a party for injuries or losses, whether paid or unpaid. The plaintiff is further DIRECTED to include any amounts that should be set off against her backpay claim.



EXHIBIT
13

DONE this 14th day of October, 2005.

                        /s/ Vanzetta Penn McPherson
                        VANZETTA PENN MCPHERSON
                        UNITED STATE MAGISTRATE JUDGE

**Harris, Debbie**

**From:** efile_notice@almd.uscourts.gov
**Sent:** Friday, October 14, 2005 3:33 PM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 2:05-cv-00423-MEF-VPM Byrd v. Burke's Outlet Stores-Ala, Inc. (JC) (MAG+) "Order"

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

Alabama Middle District

Notice of Electronic Filing

The following transaction was received from cc, entered on 10/14/2005 at 3:33 PM CDT and filed on 10/14/2005
**Case Name:** Byrd v. Burke's Outlet Stores-Ala, Inc. (JC) (MAG+)
**Case Number:** 2:05-cv-423
**Filer:**
**Document Number:** 13

**Docket Text:**
ORDER that on or before 10 November 2005, the plaintiff shall file with the Clerk of the court written notice of any backpay or objective damages claim up to the date of the notice, as set out. Signed by Judge Vanzetta P. McPherson on 10/14/2005. (cc, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=10/14/2005] [FileNumber=430073-0
] [72ee3d6935dcb10d60c073633f1899eb263ae6293392be5dc5c8451c782394d07d1
03535ed4cf092b5ea820712a69d024446da1cf6c18bbb84fbff30cd547f0f]]

**2:05-cv-423 Notice will be electronically mailed to:**

Joint Chambers     jointchambers@almd.uscourts.gov

JoClaudia Moore    jmoore@balch.com

Malcolm Rance Newman     mnewman470@aol.com

Dorman Walker      dwalker@balch.com, dharris@balch.com

**2:05-cv-423 Notice will be delivered by other means to:**

10/14/2005