IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Leslyn Byrd, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )     CASE NO. 2:05cv0423-MEF |
| | ) |
| Burke's Outlet Stores-Ala, Inc., | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated May 16, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                            /s/ Mark E. Fuller

                                      CHIEF UNITED STATES DISTRICT JUDGE