IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LESLYN BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV423-MEF |
| | ) | [WO] |
| BURKE'S OUTLET STORES-ALA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the defendant's First Motion To Compel, filed on 30 November 2005 (Doc. # 16), and for good cause, it is

ORDERED that the motion is GRANTED. Accordingly, on or before 17 January 2006, the plaintiff is DIRECTED to serve her complete disclosures upon counsel for the defendants. The plaintiff is specifically DIRECTED to comply with the provisions of Rule 26(a)(1)(B) and (C). Because of the lapse of time since the issuance of the Scheduling Order, it is further

ORDERED that, upon serving her complete disclosures upon counsel for the defendant, the plaintiff shall file a Notice of Compliance with the Clerk of the court.

DONE this 10th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE