**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:    Leslyn Byrd  v.  Burke's Outlet Stores-Ala, Inc.
       Civil Action No. 2:05-cv-423-MEF

The above-styled case has been  reassigned to District Judge W. Keith Watkins.

Please note that the case number is now 2:05-cv-423-WKW. This new case number should be used on all future correspondence and pleadings in this action.