IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | * |
| PLAINTIFF, | * |
| VS. | *   CASE NO.:2:05-CV-423-WKW |
| BURKE'S OUTLET STORES-ALA, INC., | * |
| DEFENDANT. | * |

**OBJECTION TO MAGISTRATE'S
ORDER ON MOTION**

Comes now the Plaintiff, Leslyn Byrd, and objects to the Magistrate's Order (Doc. 18) directing her to serve more complete disclosures upon counsel for the Defendant. Plaintiff would aver that she has complied with Rule 26 (a) (1) (b) and (c) as shown by Exhibit A attached to Defendant's Motion (Doc. 16).

Moreover, Plaintiff's Disclosures are substantially the same as Defendant's Disclosures (Exhibit A) in that a general description of expected witness testimony is given. Plaintiff has no documents and none were disclosed. Any documents that may be useful are under Defendant's control, presumably. Plaintiff has no backpay claim worth pursuing so no calculation demonstrating such has been forwarded.

Lastly, the Defendant identifies documents in its possession which should have been provided to Plaintiff but were not (Ex. A, para. B, items 5, 6, 7, 8, 9). Plaintiff should not be compelled to disclose more to Defendant, when Defendant itself is guilty of violating Rule 26.

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman _____
Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2006, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such

filing to the following:

JoClaudia Moore, Esq.
Dorman Walker, Esq.
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL 36101

/s/ Malcolm R. Newman____
Malcolm R. Newman, Esq.

2