IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LESLYN BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:05CV423-F |
| | ) | |
| BURKE'S OUTLET STORES-ALA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S INITIAL DISCLOSURES TO PLAINTIFF

Defendant, Burke's Outlet Stores-ALA, Inc. ("Burke's"), makes the following initial disclosures in accordance with *Fed.R.Civ.P.* 26(a)(1).

(A)  Persons with discoverable information that may be used to support Burke's defenses:

1. Richard Picone, Burke's Regional Director

    Post Office Box 25207
    Bradenton, Florida 34206
    Tele: (941) 747-2355

    Information: Facts relating to the job performance and termination of Ms. Byrd

    **No contact should be made with Mr. Picone, an employee of Burke's, unless by and through Burke's counsel in the above styled case. Any effort to contact Mr. Picone without first notifying Burke's counsel will be considered an improper attempt to communicate with a represented client.

2. Margaret Rountree, District Manager for Burke's

    Post Office Box 25207
    Bradenton, Florida 34206
    Tele: (941) 747-2355

    Information: Facts relating to the job performance and termination of Ms. Byrd

161382.2



PLAINTIFF'S EXHIBIT A

\*\*No contact should be made with Ms. Rountree, an employee of Burke's, unless by and through Burke's counsel in the above styled case. Any effort to contact Ms. Rountree without first notifying Burke's counsel will be considered an improper attempt to communicate with a represented client.

3. Renee Bryant, Store Manager of Burke's Andalusia Store

    1138 Dr. Martin Luther King Jr. Expressway
    Andalusia, Alabama 36420
    Tele: (334) 427-4014

    Information: Facts relating to the job performance of Ms. Byrd

\*\*No contact should be made with Ms. Bryant, an employee of Burke's, unless by and through Burke's counsel in the above styled case. Any effort to contact Ms. Bryant without first notifying Burke's counsel will be considered an improper attempt to communicate with a represented client.

4. Lisa Twitty, Supervisor of Burke's Andalusia Store

    1138 Dr. Martin Luther King Jr. Expressway
    Andalusia, Alabama 36420
    Tele: (334) 427-4014

    Information: Facts relating to the job performance of Ms. Byrd

\*\*No contact should be made with Ms. Twitty, an employee of Burke's, unless by and through Burke's counsel in the above styled case. Any effort to contact Ms. Twitty without first notifying Burke's counsel will be considered an improper attempt to communicate with a represented client.

5. Virginia Taylor, Former Sales Associate at Burke's Andalusia Store

    26037 Brogden Road
    Andalusia, Alabama 36421
    Tele: (334) 388-1008

    Information: Facts relating to the job performance of Ms. Byrd

6. Angie Ammons Kyles, Former Supervisor at Burke's Andalusia Store
    108 Perry Street
    Andalusia, AL 36420

    Information: Facts relating to the job performance of Ms. Byrd

    7.    Plaintiff Leslyn Byrd
           c/o Ms. Byrd's counsel

Information: Facts relating to her EEOC charge and the allegations of her complaint

**(B) Documents Burke's may use to support its defenses:**

1. Ms. Byrd's EEOC charge of discrimination;
2. Burke's response to the EEOC charge;
3. Correspondence and documents received from the EEOC in relation to Ms. Byrd's charge;
4. All pleadings, motions, and other papers filed in this case;
5. Relevant parts of Burke's policy book;
6. Affidavit of Margaret Rountree;
7. Affidavit of Renee Bryant;
8. Affidavit of Lisa Twitty; and
9. Ms. Byrd's personnel file.

These documents are in the possession of the undersigned and are available for inspection and copying by arrangement.

**(C) Not applicable.**

**(D) Inspection of Insurance Agreement**

There is no insurance agreement that will satisfy part or all of any judgment which may be entered in the above styled case or that will indemnify or reimburse for any payments made to satisfy any judgment in the above styled case.

Respectfully submitted on October 14, 2005.

*/s/ Jo Moore*
One of counsel for Defendant
Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the below-named opposing party with a copy of the above and foregoing pleading by hand delivery: email and U.S. Mail:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama 36302

This the 14th day of October, 2005.

_____
Of Counsel

1613822                                    4