IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05CV423-F |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT BURKE'S OUTLET STORES-ALA, INC.'S RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER ON MOTION

Defendant, Burke's Outlet Stores-ALA, Inc. ("Burke's"), responds to plaintiff Leslyn Byrd's ("Byrd") Objection to Magistrate's Order on Motion ("Objection") as follows:

1. In Byrd's Objection, she alleges that Burke's is in violation of Rule 26 because it has not provided Byrd with the documents set forth in its Initial Disclosures. Section B of Burke's Initial Disclosures, attached hereto as Exhibit A and also to Byrd's Objection as Exhibit A, lists the documents that Burke's may use to support its defenses and plainly provides: "[t]he documents are in the possession of the undersigned and are available for inspection and copying by arrangement."

2. Byrd has not at any time since the exchange of these Initial Disclosures contacted Burke's attorneys and requested to inspect or copy any of these documents. Notably, Byrd's counsel was in Burke's counsel's office just last week on another case and even then did not make any request to inspect and/or copy the documents. Therefore, Burke's has not in any way acted in violation of Rule 26.

164627.1

WHEREFORE, based upon the foregoing, Burke's respectfully requests that this Honorable Court deny Byrd's Objection and leave its Order granting Burke's Motion to Compel undisturbed.

Respectfully submitted this 23rd day of January, 2006.

                                            s/JoClaudia Moore
                                            One of counsel for defendant
                                            Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

I certify that on January 23rd, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama 36302

                                            s/JoClaudia Moore
                                            Of Counsel