# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 2:05CV423-F |
| BURKE'S OUTLET STORES-ALA, INC., | ) ) ) ) |
| Defendant. | ) |

## DEFENDANT BURKE'S OUTLET STORES-ALA, INC.'S
## MOTION FOR ATTORNEYS' FEES

Defendant, Burke's Outlet Stores-ALA, Inc. ("Burke's"), in accordance with *Fed.R.Civ.P.* 37(a)(4)(A), hereby moves this Honorable Court for an order requiring the plaintiff, Leslyn Byrd ("Byrd"), to pay Burke's attorneys' fees incurred in drafting and filing its Motion to Compel, which was granted by this Court on January 10, 2006. In support of this Motion, Burke's shows as follows:

1.  On November 30, 2005, Burke's filed a Motion to Compel ("Motion") against Byrd requesting that this Court order Byrd to provide complete initial disclosures. This Court granted Burke's Motion to Compel on January 10, 2006. As such, Burke's is entitled to reasonable attorneys' fees that it incurred in drafting and filing its Motion.

2.  Burke's request for fees is reasonable and is based on the prevailing rate in the community and on the kind and quality of services furnished. Based upon the hours expended in drafting and filing the Motion, and the resulting Order therefrom, Burke's requests an award of $607.50 in attorneys' fees. Attached hereto as Exhibit "A" is the affidavit of Dorman Walker verifying attorneys' fees.

164622.1

WHEREFORE, THE PREMISES CONSIDERED, Burke's respectfully requests that this Honorable Court enter an Order granting its Motion for Attorneys' Fees in the amount of $607.50.

Respectfully submitted this 23rd day of January, 2006.

                                              s/JoClaudia Moore
                                              One of counsel for defendant
                                              Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

I certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama 36302

                                              s/JoClaudia Moore
                                              Of Counsel