IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:05CV423-F |
| BURKE'S OUTLET STORES-ALA, INC., | ) ) ) ) |
| Defendant. | ) ) |

STATE OF ALABAMA         :
                                        :
COUNTY OF MONTGOMERY  :

### AFFIDAVIT OF DORMAN WALKER

Before me, a notary public in and for said county and state, personally appeared Charles B. Paterson who, after being first duly sworn on oath, did and doth depose and say as follows:

1. My name is Dorman Walker. I am a partner with the law firm of Balch & Bingham LLP. This firm was retained by Burke's Outlet Stores, ALA., Inc. to represent it in the above-referenced matter. I make this affidavit based upon personal knowledge and my review of the business records of Balch & Bingham LLP.

2. Based upon my review of the business records, Burke's incurred $607.50 in attorneys' fees based upon the hours expended by our firm in drafting and filing the Motion to Compel filed on behalf of Burke's on November 30, 2005.

164664.1


EXHIBIT A

3. A summary of the fees incurred in this matter is set out below:

| Date | Attorney | Rate | Narrative | Hours | Total |
|---|---|---|---|---|---|
| 11/28/05 | J. Moore | 250.00 | Draft motion to compel; review file. | 1.60 | 400.00 |
| 11/29/05 | J. Moore | 250.00 | Revise and finalize motion to compel. | 0.70 | 175.00 |
| 11/30/05 | D. Walker | 325.00 | Review motion to compel and discuss with J. Moore. | 0.10 | 32.50 |
| | | | **Total** | | **607.50** |

Further deponent saith not.

_____
Dorman Walker

SWORN TO AND SUBSCRIBED BEFORE ME on this 23rd day of January, 2006.

(SEAL)

_____
Notary Public
My Commission Expires: 6/11/06

164664.1

2