IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:05CV423-F |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME FOR FILING DISPOSITIVE MOTIONS

Defendant Burke's Outlet Stores-Ala, Inc.'s (hereinafter "Burke's") moves the Court to extend the deadline for filing dispositive motions from Friday, June 23, 2006 to Friday, June 28, 2006. As grounds, Burke's provides that the parties are in settlement negotiations and are attempting to settle this case prior to incurring the cost of filing dispositive motions.

Counsel for plaintiff has no objection to this motion and has authorized this statement.

Respectfully submitted this the 16th day of June, 2006.

s/JoClaudia Moore
One of counsel for defendant
Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/834-6500
334/269-3115 (fax)

169009.1

## CERTIFICATE OF SERVICE

I certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama  36302

                                                s/JoClaudia Moore
                                                Of Counsel