IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-00423-WKW |
| | ) |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion for Extension of Time for Filing Dispositive Motions (Doc. # 23), and for good cause shown, it is ORDERED that the motion is GRANTED. The dispositive motions deadline is continued from June 23, 2006, to June 30, 2006.

DONE this the 20th day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE