IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO. 2:05CV423-F |
| | ) |
| BURKE'S OUTLET STORES-ALA, | ) |
| INC., | ) |
| | ) |
|     Defendant. | |

## MOTION FOR EXTENSION OF TIME FOR FILING DISPOSITIVE MOTIONS

Defendant Burke's Outlet Stores-Ala, Inc.'s (hereinafter "Burke's") moves the Court to extend the deadline for filing dispositive motions from Friday, June 30, 2006 to Friday, July 14, 2006. As grounds, Burke's provides that the parties are in settlement negotiations and are attempting to settle this case prior to incurring the cost of filing dispositive motions. An offer has been made to plaintiff. Plaintiff's counsel has indicated that he has had difficulty communicating the offer to plaintiff and that he has been trying to contact her to determine if she remains interested in continuing her case.

Counsel for plaintiff has no objection to this motion and has authorized this statement.

Respectfully submitted this the 27th day of June, 2006.

                                                s/Dorman Walker
                                                One of counsel for defendant
                                                Burke's Outlet Stores-ALA, Inc

169353.1

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

I certify that on June 27th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama  36302

s/Dorman Walker
Of Counsel

169353.1                    2