IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-423-WKW |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's second Motion for Extension of Time for Filing Dispostive Motions (Doc. #25), and for good cause shown, it is ORDERED that the motion is GRANTED. The dispositive motions deadline is continued from June 30, 2006, to July 14, 2006.

DONE this the 29th day of June, 2006.

                                              /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE