IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:05CV423-F |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| | ) |
| Defendant. | |

## JOINT MOTION FOR STATUS CONFERENCE

Come now the parties jointly and move the Court to conduct a brief status conference to discuss the status of this case and any settlement possibilities. Dispositive motions must be filed with the Court on or before July 14, 2006 and therefore, the parties respectfully request that the status conference be set prior to the July 14, 2006 dispositive motion deadline.

This motion is signed by counsel for Burke's Outlet Stores-ALA, Inc. but it has been approved by counsel for Leslyn Byrd, who has authorized this joint filing.

Respectfully submitted this 30th day of June, 2006.

s/JoClaudia Moore
One of counsel for defendant
Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/834-6500
334/269-3115 (fax)

169480.1

## CERTIFICATE OF SERVICE

I certify that on June 30th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama  36302

          s/JoClaudia Moore
          Of Counsel