IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-00423-WKW |
| | ) |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion for Status Conference (Doc. # 27), it is ORDERED that the motion is GRANTED. It is further ORDERED that this case is set for a status conference on July 10, 2006, at 10:30 a.m., by conference call to be arranged by counsel for the defendant. The plaintiff and a representative of the defendant shall attend.

DONE this the 6th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE