IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-00423-WKW |
| | ) |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The status conference set on July 10, 2006, at 10:30 a.m., is CANCELLED. The dispositive motions deadline is continued from July 14, 2006, to July 28, 2006.

DONE this the 10th day of July, 2006.

                                                                /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE