IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-00423-WKW |
| | ) |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant's Motion for Attorneys' Fees (Doc. # 22), it is ORDERED that Plaintiff shall show cause **on or before July 26, 2006**, why said motion should not be granted.

DONE this the 12th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE