## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **LESLYN BYRD,** | * |
| | * |
|     **PLAINTIFF,** | * |
| | * |
| **VS.** | *  **CASE NO. 2:05-CV-423-WKW** |
| | * |
| **BURKE'S OUTLET** | * |
| **STORES-ALA, INC.,** | * |
| | * |
|     **DEFENDANT.** | * |

## ANSWER TO SHOW CAUSE ORDER

    Comes now the Plaintiff, Leslyn Byrd, and answers the Show Cause Order (Doc. 30) as follows:

    1.  The Defendant moved for attorney's fees (Doc. 22) incurred for making the Motion to Compel (Doc. 16);

    2.  That Motion sought to compel the Plaintiff to elaborate on her Rule 26 Initial Disclosures and provide her Computations for her backpay claim and objective damages;

    3.  Plaintiff made no claim for backpay or objective damages so there was nothing to produce; a simple straight-forward reading of Section V of the Complaint reveals this truth;

    4.  Plaintiff's broad categories of the purported witness testimony matches that of the Defendant and the customary practice in this District;

    5.  Given that the Court has not ruled on the Plaintiff's Objection to the Order on Motion (Doc. 18) and the fact that no reasonable basis exists for the award of Attorney's fees for an unnecessary Motion to Compel, this Court should deny said Motion (Doc. 22).

        Malcolm R. Newman, Attorney, PC
        /S/ Malcolm R Newman
        Malcolm R. Newman (NEW017)
        P.O. Box 6137
        Dothan, Alabama 36302
        (334)792-2132
        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dorman Walker
JoClaudia Moore
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101

        /s/ Malcolm R. Newman___
        Malcolm R. Newman