IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LESLYN BYRD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05CV423-F |
| | ) |
| **BURKE'S' OUTLET STORES-ALA, INC.,** | ) |
| | ) |
| Defendant. | ) |

### BURKE'S' OUTLET STORES-ALA, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Burke's' Outlet Stores-ALA, Inc. respectfully moves the Court pursuant to *Fed. R. Civ. P.* 56 for the entry of summary judgment in its favor on the claims asserted against Defendant by Plaintiff Leslyn Byrd. As grounds for Defendant's motion, Defendant shows that there is no genuine issue as to any material fact, and Defendant is entitled to judgment in its favor as a matter of law. This motion is based on the pleadings, the evidentiary materials submitted herewith, and Defendant's contemporaneously-filed memorandum of law in support of the motion.

Respectfully submitted this 28th day of July, 2006.

s/JoClaudia Moore
One of counsel for defendant
Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

170305.1

## CERTIFICATE OF SERVICE

I certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama  36302

                                              s/JoClaudia Moore
                                              Of Counsel