# BYRD DEPOSITION

# EXHIBIT 4

# Job Description: Outlet Store Manager
BEALL'S OUTLET and BURKE'S OUTLET   *   OPERATIONS DIVISION

EXHIBIT 4

## OVERALL PURPOSE OF JOB

Manage all aspects of store operations to obtain the highest level of sales and profitability while maintaining a consistent customer base. To achieve these goals, the Outlet Store Manager must promote teamwork among all employees. Results must meet the standards of performance set by the Company.

## DESCRIPTION OF KEY RESPONSIBILITIES (Essential Functions)

1. Work to achieve the following goals: a) Increase and improve sales, b) reduce and improve shrink, c) control expenses, d) obtain and improve profit.
2. Supervise store employees through personnel-related activities, including (but not restricted to) conducting performance appraisals and pay rate reviews; delegating; promoting; counseling; scheduling; and terminating.
3. Ensure the ongoing protection of Company assets and funds.
4. Correctly apply all policies and procedures as described in Company manuals.
5. Complete the appropriate administrative reports (e.g., financial reporting, sales data, and other statistical reports), as required.
6. Complete bank deposit and make deposits on a timely basis in accordance with Company policy.
7. Train all store personnel using the materials provided by the Training Department and Operations management.
8. Advise customers and employees about the benefits, features and pricing policies of all Company merchandise and product lines.
9. Ensure the proper handling of merchandise functions within the store, including (but not restricted to) display, presentation, pricing policies, and sales events.
10. Ensure proper maintenance and housekeeping of the entire store according to "The Outlet Standards of Excellence".
11. Perform any operational functions needed to run store on a daily basis (e.g., POS system, computer network, maintenance, sales, loading and unloading merchandise).
12. Travel to meetings, new store openings, remodeling of existing stores, and related activities as required.
13. Comply with or act upon any directive or request given by Corporate Center management which was approved by the Operations Division.
14. Perform other duties as assigned.
15. Perform all tasks safely and take proper action, as specified in Company policies, to prevent customer and employee accidents.
16. Employees are not required to follow instructions that would require the employee to violate the law. Such instruction should be brought to the attention of the Senior Store Manager, Group Manager or District Manager (or the Regional Director of Stores, if the request was made by the Senior Store Manager, Group Manager or District Manager).

## PHYSICAL QUALIFICATIONS AND REQUIREMENTS (To Perform Essential Functions)

1. Must be able to climb stairs to stockroom (if applicable) to replenish and maintain merchandise.
2. Must be able to reach a minimum of 60 inches to stock and maintain merchandise.
3. Must be able to have full body rotation and mobility (i.e., bending, stooping, twisting, and reaching) to replenish and maintain merchandise.
4. Must be able to climb a 6 ft. ladder for maintaining and presenting merchandise (if applicable).
5. Must be able to lift and carry a minimum of 20 pounds (while wearing a company provided back support belt) to unload and process merchandise.
6. Must have full hand and arm usage for operating machinery such as POS terminal and ticketing machines.
7. Must be able to push and pull merchandise fixtures (minimum resistance of 10 pounds) for presentation and department changes.
8. Must be able to handle cleaning equipment (e.g., vacuum, broom, mop and duster) to maintain store cleanliness.

## LIMITATIONS OF AUTHORITY

An Outlet Store Manager should handle capital expenditures in accordance with Company policies and procedures as outlined in manuals or in directives from the Senior Store Manager, Group Manager, the District Manager, or the Regional Director of Stores.

## KEY WORKING RELATIONSHIPS

An Outlet Store Manager reports directly to a Senior Store Manager, Group Manager or District Manager. In his or her absence, the Outlet Store Manager will report to the Regional Director of Stores.

The Outlet Store Manager has ultimate responsibility for the store. In his or her absence, the Manager Trainee, or the key-carrying supervisor is in charge of the store.

## OTHER WORK-RELATED REQUIREMENTS

Must be willing to:
* manage multiple stores,
* relocate whenever required and possibly on short notice,
* travel whenever required on short notice,
* work varying hours and schedules as required, and
* assist in recruiting and training management applicants.

Must be able to successfully complete the Outlet Management Training Program.

## AFFIRMATION

I have read and I understand the responsibilities listed on this job description. I understand that the duties described in this job description could change at any time.

_____   _____
Signature                                                                                          Date

_____   _____
Senior Store Manager, Group Manager or District Manager's Signature      Date

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>130-2004-04209 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Leslyn A. Byrd | Home Phone No. (Incl Area Code)<br>(334) 388-4168 | Date of Birth |
|---|---|---|

Street Address                          City, State and ZIP Code
P.O. Box 2047, Andalusia, AL 36420

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>BURKE'S OUTLET | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(334) 427-4014 |
|---|---|---|

Street Address                            City, State and ZIP Code
1138 Martin Luther King Drive Expressway    Andalusia, AL  36420

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                           City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03/01/2004    Latest: 07-22-2004
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment on February 2, 2000, as a Supervisor. During November of 2000 I was promoted to the position of Store Manager. During March of 2004 I was forced to rehire a White female and compensate her with higher wages than other similarly situated employees. During my tenure the group manager failed to provide me with proper training, failed to support me in disciplining White supervisors and addressing operational problems. Her failure to support me promoted disrespect and discord among employees since most employees are White. On April 30, 2004, I was reprimanded and placed on a performance enhancement program subject to a 30 day review. I was required to constantly assist other stores with their inventory, unlike other similarly situated employees. I complained about employees' deficient performance and no appropriate action was taken. I was discharged on July 22, 2004, after requesting a meeting with my supervisor and along with other management officials because of the treatment and response I was receiving.

I believe I have been discriminated against because of my race, Black, and National Origin, Guyana (African) and in retaliation (704a) for protesting discriminatory treatment in violation of Title VII of the Civil Rights Act of 1964, as amended. Upon my discharge, the White female of whom I was forced to rehire was awarded the store manager's position.
Amended charge -original charge filed September 29, 2004

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br>x 10/11/04    x /s/ Leslyn Byrd<br>Date                Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

August 26, 2004

Intake Department
Ridge Park Place
*Suite 2000*
*1130 22nd South Street*
Birmingham, AL 35205

Re: Mrs. Leslyn A. Byrd
P.O. Box 2047
*Andalusia, AL 36420*
*Tele No: 334-388-4168*

Dear Sir/Madam:

    I write to inform you of my work experience with Burke's Outlet Stores. Prior to my termination on July 22nd. Other employees did not work as hard and productively as I did. Yet they were rewarded in terms of pay and promotion more than I was. Without exception, the advantaged persons were white.

### HISTORY

    **On** February 2, 2000, I commenced employment with Burke's as a supervisor. In November 2000, I was promoted to manager. Thereafter, the mistreatment started. The following is a summary of disparate and discriminatory treatment I was subjected to:

    a.   Compelled to work with Group Manager, Margaret Rountree, who took instructions from another manager who had resigned for selfish reasons;

    b.   Failure of senior management to respond to my complaint about the unusual arrangement of Group Manager reporting and consulting with a resigned manager;

    c.   Intentional failure of Burke's to provide me with requisite training for supervisory positions;

    d.   Management's insensitivity to my long work hours and demanding duties which resulted in a anxiety attack:

e. Biased and subjective performance appraisals;

f. Conduct by Margaret Rountree designed to foment disrespect and discord among employees thereby interfering with my supervising duties;

g. Failing to reprimand Beverly Armstrong in face of her insubordination and unproductivity;

h. Paying Beverly Armstrong at a higher rate because she is white though her work performance was wanting;

i. Margaret Rountree's imposition of long hours on me, and her repeated failure to give time off to attend to important family matters; and

j. The failure of Margaret Rountree to address operational problems that contributed to my unfair treatment, and their apparent encouragement of such behavior.

## CONCLUSION

The following constitutes a pattern of discrimination based on race, national origin and sex carried out by Burke's employees and senior management.

Based on my experience, I maintain that other non-majority persons have suffered similar fates.

Thank you.

Very truly yours.



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105
1-800-669-4000

Respondent: BURKE'S OUTLET
EEOC Charge No.: 130-2004-04209
FEPA Charge No.:

Oct 06, 2004

Leslyn A. Byrd
P.O. Box 2047
Andalusia, AL 36420

Dear Ms. Byrd:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

    [ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]    The Age Discrimination in Employment Act (ADEA)

    [ ]    The Americans with Disabilities Act (ADA)

    [ ]    The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

    (1)    Review the enclosed charge form and make corrections.

    (2)    Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

    (3)    Return the signed charge to this office as soon as possible.

Since charges should be processed within the time limits imposed by law, <u>please complete these steps as soon as possible</u>. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

    [ ]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office

within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

*Aaron Nyett Hall*

Aaron N. Hallaway
Investigator
(205) 212-2123

Office Hours: Monday - Friday, 8:00 a.m. - 4:30 p.m.
TDD: 1-800-669-6820
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination

October 11th 2004

Aaron N. Hallaway
Ridge park place
1130 22nd Street, south
Birmingham, Al 35205


Dear Ms. Hallaway,
    I Leslyn Byrd, EEOC charge No.: 130-2004-04209, is writing this letter to inform you that I will be out of the state of Alabama starting on October 27th thru November 7th 2004.
If for any reason you will like to get in contact with me on or before these dates. My contact number will be 718-953-7492 please leave a message for me and I will get in contact with you as soon as possible or you can still leave a message at my resident number the 334-388-4168.



Sincerely,



Leslyn Byrd