# BYRD DEPOSITION

# EXHIBIT 5

OC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 130-2004-04209 |
| | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Ms. Leslyn A. Byrd** | **(334) 388-4168** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 2047, Andalusia, AL 36420** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **BURKE'S OUTLET** | **15 - 100** | **(334) 427-4014** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1138 Martin Luther King Drive Expressway** | **Andalusia, AL  36420** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03/01/2004**   Latest **07-22-2004**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment on February 2, 2000, as a Supervisor. During November of 2000 I was promoted to the position of Store Manager. During March of 2004 I was forced to rehire a White female and compensate her with higher wages than other similarly situated employees. During my tenure the group manager failed to provide me with proper training, failed to support me in disciplining White supervisors and addressing operational problems. Her failure to support me promoted disrespect and discord among employees since most employees are White. On April 30, 2004, I was reprimanded and placed on a performance enhancement program subject to a 30 day review. I was required to constantly assist other stores with their inventory, unlike other similarly situated employees. I complained about employees' deficient performance and no appropriate action was taken.   I was discharged on July 22, 2004, after requesting a meeting with my supervisor and along with other management officials because of the treatment and response I was receiving.

I believe I have been discriminated against because of my race, Black, and National Origin, Guyana (African) and in retaliation (704a) for protesting discriminatory treatment in violation of Title VII of the Civil Rights Act of 1964, as amended. Upon my discharge, the White female of whom I was forced to rehire was awarded the store manager's position.
Amended charge -original charge filed September 29, 2004

OCT 13

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X 10/11/04   Date    X ~~Leslyn Byrd~~    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS (month, day, year ) |

EXHIBIT
5