# BYRD DEPOSITION

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | * |
| PLAINTIFF, | * |
| VS. | * CASE NO.: 2:05cv423-F |
| BURKE'S OUTLET STORES-ALA, INC., | * A JURY IS DEMANDED |
| DEFENDANT. | * |

## COMPLAINT

I. **INTRODUCTION**

1. This is an action for declaratory judgment, equitable relief, and money damages, instituted to secure the protection of and redress the deprivation of rights secured through the Civil Rights Act of 1866, as amended by Section 101 of the Civil Rights Act of 1991, and codified as 42 U.S.C. Section 1981, and 42 U.S.C. Section 2000 (e), which provide for relief from racial discrimination in the performance of contracts and employment, and prohibits race discrimination.

II **JURISDICTION AND VENUE**

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 1331, 1343 (4) and 1367; 28 U.S.C. Sections 2201 and 2202.

3. The unlawful employment practices alleged herein below were committed by the Defendant within Covington County, Alabama. Venue is proper in the Middle District of Alabama pursuant to 28 U.S.C. Section 1391 (b).

MALCOLM R. NEWMAN
ATTORNEY, P.C.
P.O. Box 6137
Dothan, AL 36302-6137

RECEIVED
2005 MAY -6 A 10: 15
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EXHIBIT 6

### III   PARTIES

4. Plaintiff is an African-Guyanan female and resident citizen of Covington County, Alabama and the United States of America. Defendant is a Corporation presumptively licensed to do business within the Middle District of Alabama.

### IV   STATEMENT OF ALLEGATIONS

5. Plaintiff began her employment with the Defendant in February 2000 as a Supervisor in the Andalusia, Alabama store;

6. That following November, Plaintiff was promoted to Store Manager;

7. In March, 2004, Plaintiff was forced to re-hire a white woman and pay her more than comparable co-workers;

8. This was yet another instance wherein Plaintiff's Group Manager (white) failed to support her managerial actions where they involved a white;

9. In turn, the whites under Plaintiff's supervision did not respect her and flouted her work-related rules/demands;

10. Plaintiff's complaints about deficient job performances were ignored by Management;

11. Plaintiff was reprimanded on April 30, 2004 as another attempt to harass her into resigning;

12. On July 22, 2004, Plaintiff was fired after she requested a meeting with her Supervisor and Management Officials to discuss the racial discrimination;

13. Plaintiff avers that the Defendant discriminates on the basis of race in its

MALCOLM R. NEWMAN
ATTORNEY, P.C.
P.O. Box 6137
Dothan, AL 36302-6137

disciplinary actions in that non-whites are more harshly disciplined.

## V    CLAIMS FOR RELIEF

Plaintiff requests that the Defendants be ordered to permanently cease and desist from all race discrimination and immediately implement a deliberate plan to hire, train or promote non-whites for supervisory and executive positions and eliminate racial differences in discipline.

Plaintiff avers that the Defendant's conduct has caused her pain, humiliation, suffering and financial loss for which she seeks monetary damages of no less than five hundred thousand dollars ($500, 000.00);

Plaintiff also seeks punitive damages from this Defendant of no less than ten (10%) percent of Defendant's gross revenues for 2002, 2003 and 2004 in that the Defendant knew that its actions were unlawful yet pursued them despite that knowledge.

Any and all other relief, including attorney's fees and cost, to which she may be entitled.

Malcolm R. Newman, Attorney, P.C.

*/s/ Malcolm R. Newman*
Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

Leslyn Byrd

V.

Burke's Outlet Stores-ALA, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv423-F

TO: (Name and address of Defendant)

Burke's Outlet Stores-ALA, Inc.
James Edward
444 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Attorney, P.C.
Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK    _Charlene Campbell_

DATE   5-10-05