# BYRD DEPOSITION

# EXHIBIT 7

⊤ 7-22-04   

## Performance Enhancement Plan

1/5/04  Review Date: 4-30-04

To: Leslyn Byrd     Position: Manager 347

From: Margaret Rountree   Location #: 347 Andulsia, Al
Byrd                       Follow up date: June 2, 2004
                           Final Review date: July 2, 2004

**Introduction:**
State dates of any prior related verbal or written discussions on performance.
Verbal - Feb 27-04
March 29-04 revisit

**Issue Development:**
State reason for meeting.
Store not up to Burkes Operational Standards
Personal and Morale Problems

**Main Text:**
Attach a separate sheet, if necessary. Outline opportunities and goals not being met/describe the behavior to change and expectations/Outline how the individual can meet expectations.

1- Operational Standards - Freight - Markdowns - Signage Recovery, Manager Schedule
2- Communications + Store Morale - Scheduling

1- Adhere to all Burkes Policies and Standards
2- Better relationship with staff

**Closure:**
State date of follow-up meeting and possible course of action if objectives are not met.
30 days - June 2 - Jo review results
60 days - July 2

Employee Signature: Leslyn Byrd   Date 4/30/04
Manager Signature: Margaret Rountree  Date 4/30/04
Witness: _____  Date 4/30/04
Employee signature merely acknowledges receipt of a copy

EXHIBIT 7

091
Burke's Outlet