BYRD DEPOSITION

EXHIBIT 8

## Performance Enhancement Plan

Review Date: *7-22-04*

To: *Leslyn Boyd*    Position: *Manager*

Location #: *347*

From: *Margaret Prentice*    Follow up date: _____

Final Review date: _____

**Introduction:**
State dates of any prior related verbal or written discussions on performance.

**Issue Development:**
State reason for meeting.
*Follow up meeting of 6-7-04*

**Main Text:**
Attach a separate sheet, if necessary. Outline opportunities and goals not being met/describe the behavior to change and expectations/Outline how the individual can meet expectations.
*See attachment.*

**Closure:**
State date of follow-up meeting and possible course of action if objectives are not met.
*terminated*

Employee
Signature _____    Date _____

Manager
Signature *M. Prentice*    Date *7-22-04*

Witness *(signature)*    Date *7/22/04*

Employee signature merely acknowledges receipt of a copy

Dist

EXHIBIT 8

099
**Burke's Outlet**

Made improvements on freight,markdowns, signage and recovery needs to be improved.

Communication: Still a problem.
    1- Associates calling Regional
       Twice since 6-7-04.
    2- Associates calling D.M.
    3- Statements written to D.M.
       A- Scheduling problems
       B- Being treated unfairly
       C- Reprimanded in office and sales floor
          in loud tone. Being called names {lier, evil }
       D- Having favorites giving more hours to new
          employees than others.
    4- Management schedule still problem. Changing
       schedule. Not letting D.M. know personally.
       With voice mail.

    5- Overall poor morale in store due to the above
       mentioned issues.

Ultimately the resopnsibility of the store Manger to create a fair and good working environment. This has not happened at store 347. Nor do we feel at this point it will improve.

100
**Burke's Outlet**