# BYRD DEPOSITION

# EXHIBIT 9

## Performance Enhancement Plan

To: *Leslyn Byrd*

From: *Margaret Rountree*

Review Date: 6-7-04

Position: Manager

Location #: 347

Follow up date: _____

Final Review date: 7-2-04

**Introduction:**
State dates of any prior related verbal or written discussions on performance.

**Issue Development:**
State reason for meeting.
Follow up of meeting on 4-30-04

**Main Text:**
Attach a separate sheet, if necessary. Outline opportunities and goals not being met/describe the behavior to change and expectations/Outline how the individual can meet expectations.

Made some improvements in freight - M/D's + signage. Recovery needs to be improved - no managers request for time off.

Communications + store morale still issue as scheduling of employees -

Adhere to all Burkes Policies and Standards. Better working relationship with staff.

**Closure:**
State date of follow-up meeting and possible course of action if objectives are not met.
30 days - July 7
If objectives are not met could lead to termination

Employee Signature: *Leslyn Byrd*   Date: 6/7/04

Manager Signature: *M Rountree*   Date: 6/7/04

Witness _____   Date _____

Employee signature merely acknowledges receipt of a copy



EXHIBIT 9

098
Burke's Outlet