# BYRD DEPOSITION

# EXHIBIT 10

## Beall's Group of Companies
## New Hire Acknowledgment Statement

| | Initial |
|---|---|
| **1. Employee Handbook Acknowledgment:**<br>I have received and read the Employee Handbook. I understand that this information is intended as a guide and should not be considered an employment contract between me and the Company. From time to time a Beall's Executive Officer may make verbal or written changes to the policies the handbook describes. Common sense and good business practice dictate that our Company make decisions which are exclusively its to make. These decisions include changing, interpreting, and applying the policies and benefits described in the handbook, with or without notice, to promote Beall's best interests. This concept applies to all Company's business, operational, and employment practices. Despite the statements made in the handbook, management reserves the right, based on the best interest of Beall's, to terminate employees at its discretion. This can be changed only by the President of Beall's. | 1. VB |
| **2. Employee Discount Policy:**<br>I have received and read Beall's employee discount policy. I understand that Beall's employee discount cards (both temporary and regular cards and including spouse cards) are property of the Company and will be returned upon termination. I am also aware that abuse of Beall's employee discount policies could result in discipline, up to and including termination of employment.<br><br>Please check the correct box: ☐ 1 Card (Employee only)   ☒ 2 Cards (Employee plus Spouse) | 2. VB |
| **3. Use of Back Support Belts:**<br>I am aware that my store has provided back support belts to help prevent lifting-associated lower back injuries. I understand that I must always wear one of these support belts when I am loading and unloading trucks or performing any heavy lifting tasks while working for Beall's. | 3. VB |
| **4. Hazard Communications:**<br>I have received an explanation of hazard communications, a review of hazardous materials and the location of the Material Safety Data Sheet Binder, and instructions on handling an emergency situation involving such materials. | 4. VB |
| **5. Probationary Period Agreement:**<br>I recognize and accept as a term of hire a 90-day probationary period with Beall's. I understand that, at management's discretion, I may be dismissed from employment for any legitimate business reason during this probationary period. | 5. VB |
| **6. Direct Deposit Agreement:**<br>I have read and understand the information regarding Direct Deposit of my paycheck. I understand that Direct Deposit is not a mandatory requirement as a condition of my employment however, it is highly recommended by Beall's for convenience and protection against loss or theft. | 6. VB |
| **7. Armed Robbery Policy:**<br>I have read and understand Beall's Armed Robbery Policy. I understand that during a robbery Beall's number one priority is the safety of employees and customers, and therefore, in the event of a robbery, I should not take any actions that might jeopardize my safety or the safety of others. | 7. VB |
| **8. Payroll Deduction Agreement:**<br>If I apply and am approved for an Employee Charge Account, I request that Beall's deduct from each paycheck (biweekly) the greater of $10 or 10% of the New Balance. I understand that if at any time the New Balance exceeds my credit limit on my Employee Charge Account, Beall's will increase the amount of the payroll deduction to cover the excess amount. I also agree that if my employment is terminated for any reason the outstanding balance will be deducted from my final paycheck. | 8. VB |

**EXHIBIT 1D**

Manager: Please file a copy in Employee's Store Personnel file;
send the original to the Payroll & Benefits Department.