# BYRD DEPOSITION

# EXHIBIT 11



**employee handbook**

BI services

EXHIBIT

11

# WELCOME

Congratulations on being selected as part of our Team. We always try to hire the best people, so we are glad that you've chosen to join us! You are starting a new career in a fast-paced industry with an exciting Company that is committed to customer satisfaction.

This employee handbook will explain our policies and benefits. It summarizes policies that will provide you with a better understanding of the Company's goals and objectives. It outlines basic information about our employee benefit plan. Read it carefully and ask your supervisor any questions you may have.

Our reputation and success are the result of a long history of integrity, hard work and commitment to customer satisfaction. We believe in measuring the work that you do and providing recognition for exceptional performance.

We invest in your training because we believe you have what it takes to succeed. We will provide the environment and materials you need to succeed and the rest is up to you. Your drive and determination will ensure your success and ours!

Welcome!

Robert M. Beall, II
Chairman and CEO

BI Services, hereinafter referred to as the Company, is an operating division of Beall's, Inc., a Florida corporation and services Beall's, Inc., Beall's Outlet, Burke's Outlet, Beall's Department Stores (Florida), My Gift Cottage and Beall's Westgate Corporation. Neither the Company nor any of the entities that it services is in any way affiliated with Bealls of Texas.

1

# THIS IS NOT A CONTRACT

2

# TABLE OF CONTENTS

ABOUT US ................................................................................. 5

YOUR EMPLOYEE HANDBOOK ............................................. 6

CODE OF ETHICS .................................................................... 7

    DISCRIMINATION AND HARASSMENT ............................ 8

    WORKPLACE VIOLENCE ................................................ 10

    CONFLICT RESOLUTION ................................................ 10

    NON-UNION STATUS ...................................................... 11

    SOLICITATION & DISTRIBUTION .................................. 11

    FRATERNIZATION .......................................................... 12

    SUBSTANCE ABUSE ....................................................... 12

    COMPANY RESOURCES, PROPERTY, FACILITIES &
    EQUIPMENT ................................................................... 13

    CONFLICT OF INTEREST ............................................... 14

    OUTSIDE EMPLOYMENT ............................................... 14

    EMPLOYMENT OF RELATIVES ...................................... 15

    GIFTS, GRATUITIES & ENTERTAINMENT ...................... 15

    FINANCIAL & BUSINESS RECORDS .............................. 15

    CORPORATE DISCLOSURE ............................................ 16

    CONDUCT ON THE JOB ................................................. 16

EMPLOYMENT POLICIES ....................................................... 18

    EMPLOYMENT CLASSIFICATIONS ............................... 18

    WORK HOURS ................................................................ 18

    RECORDING TIME WORKED .......................................... 19

    ATTENDANCE ................................................................ 20

    MEAL PERIODS .............................................................. 21

    REST PERIODS ............................................................... 21

    SMOKE FREE ENVIRONMENT ....................................... 22

    PARKING ........................................................................ 22

    YOUR PAY ...................................................................... 22

    ORIENTATION PERIOD .................................................. 23

    PERFORMANCE APPRAISAL .......................................... 23

EMPLOYEE RECORDS ........................................... 24
EMPLOYEE TRANSFERS ....................................... 24
PERSONAL BUSINESS ........................................... 25
DRESS CODE ......................................................... 26
TERMINATION OF EMPLOYMENT ...................... 26
LOSS PREVENTION .............................................. 28
SECURITY ............................................................. 28
SHRINK ALERT MESSENGER (SAM) ................... 29
SAFETY ................................................................. 29
ACCESSIBILITY OF STORES ................................ 30
ACCIDENT REPORTING ...................................... 30
EMERGENCY ........................................................ 30
BENEFITS .............................................................. 31
VACATION ........................................................ 33
HOLIDAY PAY ................................................... 35
SICK PAY ........................................................... 36
FAMILY & MEDICAL LEAVE ACT OF 1993 (FMLA) ............ 37
SHORT-TERM DISABILITY PAY ........................ 39
MEDICAL DISABILITY ...................................... 40
FUNERAL/BEREAVEMENT PAY ........................ 40
MILITARY LEAVE .............................................. 41
CHOICE PLUS PLAN ......................................... 42
EMPLOYEE ASSISTANCE PROGRAM ............... 44
EMPLOYEE DISCOUNTS ................................... 44
EMPLOYEE CHARGE ACCOUNTS .................... 46
RETIREMENT BENEFITS ................................... 46
BEALL'S EMPLOYEES' SAVINGS TRUST ......... 47
COLLEGE TUITION REIMBURSEMENT PLAN ........... 47
SCHOLARSHIPS ................................................. 48
SERVICE AWARDS ............................................. 48
INDEX .................................................................... 50

Revised 11/02

# ABOUT US

Beall's Inc. is a diversified retail organization with more than four hundred locations across the Sun Belt of the United States. From roots in traditional clothing, Beall's has expanded the business to include younger customers in towns across the Sun Belt. Through our subsidiaries, we offer everything from the traditional shopping experience in the departments stores, outlets and gift stores to on-line and mail order shopping.

The Beall retailing tradition goes back more than 85 years when Bob Beall's grandfather, R M. Beall began his merchandising career in his father's general store in Georgia. With an urge to begin his own business, R.M. moved to the Bradenton area of Florida where he opened his own store in 1915. He sold fabrics, clothing and a few household items. Products were displayed on crates that had been emptied and set on end. His store was called the "Dollar Limit Store", and true to its name, nothing cost more than a dollar. As time passed and the economy changed, his store was renamed the "V Dollar Limit." Not long after, in an effort to reduce the cost of constantly changing signs and letterhead as prices went up, R. M. decided to rename his store "Beall's."

Shortly after World War II, R. M.'s son, E. R. joined his father. When they had saved enough of their profits to afford it, E. R. convinced his father that the key to the future was growth, and the expansion of Beall's department stores into small towns across central Florida was begun.

In 1970, another generation of the Beall family, Robert M. Beall II, joined the Company. Bob had returned from New York University with a MBA and a successful merchandising track record to be a store manager at Beall's. Today Bob is the Chief Executive Officer and, along with Beall's management team and associates like you, works hard to ensure that we continue to be a very successful enterprise. Our Company now operates in states across the Sun Belt, from Florida to California with annual sales exceeding a half billion dollars.

# YOUR EMPLOYEE HANDBOOK

This handbook is your guide to our Code of Ethics, policies and benefits.
Take the opportunity to review it during your first few days on the job. Then,
refer to it throughout your career with the Company. For more information
concerning any particular policy or benefit, refer to our Policies and
Procedures manual and/or consult your manager.

Though we try to keep rules and regulations to a minimum, they are
necessary for fairness and consistency. The Company reserves the right to
make changes with or without notice and to enforce employment and
personnel policies as needed for the orderly and efficient operation of the
business.

Become familiar with the rules and policies stated in this handbook, and if
you have questions, ask your manager. Interpretation of the Company's Code
of Ethics, employment policies and benefits rests entirely with management
and violation may result in reprimand, discipline or termination.

This handbook is designed to serve as a guide to you and to the Company's
management. This guide will be amended from time to time with or without
notice as business conditions dictate. This handbook should in no way be
construed as a contract of employment between you and the Company. The
Company maintains an employment at-will status, which means either you or
the Company, may terminate the relationship at any time without consequence.

6

# CODE OF ETHICS

Many decades ago, our Company was founded on the principles of honesty, fairness and integrity. Through the years, many business elements have changed, but our principles have remained the same. It is upon these principles that our Code of Ethics is based. Our Company is committed to a corporate environment that is ethical and fair. The policies and behavioral guidelines presented in this handbook are a reflection of the Company's Code of Ethics.

The Company has established policies and procedures to guide our work, but you put them into practice. Often, the answers to ethical issues cannot be found in a book. In such situations, you must use your best judgment and if still in doubt, seek advice from your immediate supervisor or the next level manager.

The Company expects all employees to know and observe the ethical standards outlined in this handbook and our policy manual. The Company may take disciplinary action if you violate the Code of Ethics or you deliberately fail to report or withhold information about another employee's violation of the code. The Company may also take disciplinary action if a supervisor's actions reflect lack of diligence in administering and enforcing the code or retaliates against an employee who reports a violation of the code.

For a simple test that generally describes what activity is ethical and what is not, ask yourself these simple questions:

- Does it comply with the spirit of Company policy?
- Is it legal?
  - Will it violate civil or criminal law or Company policy?
- Is it balanced?
  - Is it fair to all concerned in the short term as well as the long term?
  - Does it promote goodwill and result in a relationship that benefits both parties?
- Will it stand inspection?
  - How will I feel about myself?
  - Will it make me proud?
  - Would I feel positively if the community became aware of my decision or action?
  - Would I feel positively if my family knew of my decision or action?

Remember your actions reflect upon the entire Company. Let your conduct set a positive example for others.

Our continued success in serving customers, suppliers, employees, stockholders and the community depends upon each employee's ethical commitment. We all take pride in the high standards of conduct that identify us as Beall's employees. Let us continue to work together to be a Company that demonstrates honesty, fairness and integrity in our dealings with all the groups that depend on us.

## DISCRIMINATION AND HARASSMENT

The Company is committed to maintaining a work environment that is free of harassment, discrimination, or inappropriate behavior.

The Company will not tolerate discrimination against its employees on the basis of their race, color, sex, age, religion, national origin, disability, marital status, veteran status, citizenship, or any other characteristic protected by federal, state, or local law.

The Company's policy against discrimination applies to all aspects of the employment relationship, including recruiting, hiring, training, compensation, promotion, discipline and termination. The policy likewise bars discrimination in working conditions, which is also referred to as harassment.

Harassment is defined as a change in working conditions caused by unwelcome behavior that is based on one of the protected categories mentioned above.

Harassment can be verbal, written, or electronic in nature. It can take the form of improper touching, explicit sexual propositions, "kidding" or "teasing," offensive jokes, derogatory comments or language, offensive gestures, or inappropriate pictures. Harassment includes not only behavior that is based on sexual attraction or desire, but also behavior that is based on hostility toward the opposite sex, hostility toward a different religion, hostility toward a person's disability, or any other similar motivations.

This policy is intended to prohibit not only harassment, but also behavior that is simply disrespectful or insensitive, even if that behavior is not directed at any individual in particular or is not intended to be harassing.

8

No employee is exempt from this policy. It applies to officers, managers, supervisors, and employees with equal force. This policy also applies to harassment or discrimination by customers, vendors, contractors, or other persons coming in to the workplace. The Company will take reasonable steps to protect its employees from harassment by these persons.

This policy governs the conduct of Beall's employees regardless of where that conduct takes place. Thus, conduct during Company-sponsored functions, during Company-related trips, or while on Company business may also be covered by this policy. Conduct will be judged by its ultimate effect on working conditions, even if it occurred outside the Company premises.

Reporting:  Employees are not required to use the normal chain of command to report discrimination or harassment. Instead, any employee who believes that he or she has experienced or witnessed harassment or discrimination must contact one of the following immediately:

- the Human Resources Director (at Corporate Headquarters, ext. 4375)
- the SAMTIPS hotline (888-726-8477 toll-free)
- your Manager
- Distribution Center employees contact the DC Human Resource Manager at ext. 4131

A supervisor or manager, who receives a complaint, sees or knows of harassment or discrimination should take immediate action by notifying their immediate supervisor and Corporate Human Resources.

The Company's policy is to investigate and document all complaints thoroughly and promptly. Subject to the constraints imposed by the need to conduct an effective investigation, the Company will keep complaints and the terms of their resolution confidential. If the Company determines that this policy has been violated, it will take remedial action that is effective and appropriate to the circumstances. Violations of this policy will result in discipline up to and including termination of employment. The final decision as to the appropriate discipline is at the Company's sole discretion.

This policy is intended to stop unwelcome behavior before it reaches the level of unlawful discrimination or harassment. Under this policy, employees who engage in unwelcome behavior will be subject to discipline for inappropriate behavior or the use of poor judgment, even if their

9

misconduct has not yet reached the level of substantiality necessary to violate applicable laws against harassment.

The company will not tolerate any form of retaliation against any employee for making a good faith complaint of discrimination or harassment, for refusing to participate in unlawful discrimination, or for refusing to submit to unlawful harassment. On the other hand, any employee who intentionally makes an unfounded complaint of discrimination or harassment for malicious reasons will be subject to discipline up to and including termination.

## WORKPLACE VIOLENCE

The Company is committed to providing all employees, supervisors, managers, vendors, contractors, other business associates and visitors conducting business on its premises with a safe and secure work environment.

The Company prohibits and does not tolerate possession of firearms or any destructive device designed to inflict injury or cause physical or psychological harm; fighting on the job; aggressive physical acts; threatening, intimidating, coercive, abusive, or offensive language; violent verbal threats, written threats; discourteous conduct; malicious, false or unfounded statements; intentional, reckless or grossly negligent behavior which results in destruction of property; violations of Company substance abuse policies; or violations of Company sexual harassment policies.

Situations that involve potential or actual acts of violence, such as the prohibited behaviors listed above, must be reported immediately to your manager or Corporate Human Resources. DC employees contact DC Human Resources. Managers must contact Corporate Human Resources or Corporate Loss Prevention immediately.

Employees who know of information about a violent act, a threat, an intimidation, or harassment, but fail to report such behavior to their manager are subject to appropriate disciplinary action.

## CONFLICT RESOLUTION

We encourage people to talk directly to each other. If you have a problem, follow these procedures listed below:

　　1) Discuss the problem candidly and openly with your immediate

supervisor. You and the supervisor can resolve most problems together.

2) If the problem is still not resolved, contact the next person in the chain of command (i.e. in the stores, your manager, group, district, senior or regional manager, DVP; in the D.C., your supervisor, area manager, facility director; in the Corporate Center, your manager, DVP). That person will obtain all the facts and try to settle the problem in a fair and equitable way.

3) If you and the manager still do not resolve the problem, the manager will arrange for you to see the executive in charge of the division.

The Company will give full consideration to all suggestions and complaints. We will not take any negative actions against any employee who uses this problem resolution policy. Our objective is to find fair, timely solutions to problems and questions.

# NON-UNION STATUS

We recognize and respect the fact that our employees have a legal right to support or oppose representation by a labor organization. We believe that union representation by a labor organization is not necessary to be treated fairly and with dignity and respect and to receive excellent and competitive wages and benefits. The Company has always dealt directly and honestly with its employees, and will continue to do so in the future. The Company has achieved considerable success working directly with its employees in an environment of cooperation and teamwork, without the interference and disruption caused by third parties. Because of this, we have never had a union. We look forward to continuing that successful record by encouraging all employees to address work issues with management. The Company will strive to respond in a fair and equitable manner.

# SOLICITATION AND DISTRIBUTION

In the interest of protecting the private lives of employees and maintaining productivity, the Company has taken steps to limit solicitation or distribution of materials on its premises. The following rules apply:

Solicitation means any oral, written, or electronic communication aimed at selling products; seeking donations, sponsorships, or financial support; or requesting participation or moral, political, or ideological support.

11

Employees of the Company shall not engage in any solicitation during their own working time and shall not solicit any other employee during that employee's working time.  Non-employees of the Company shall not engage in any solicitation on Company premises at any time.

Distribution means any circulation, dissemination, or display of written, printed, graphic, or electronic materials for purposes other than the performance of job duties.  Employees of the Company shall not engage in distribution of such materials during working time or in working areas.  Non-employees shall not engage in any distribution on Company premises at any time.

The only exceptions to this policy shall be those granted by Corporate headquarters to a very limited number of charitable causes such as the United Way.

## FRATERNIZATION

Fraternization occurs when a supervisor and his/her subordinate are involved in a personal relationship, of either physical or social nature. The Company prohibits fraternization, including a dating relationship between two employees where one employee has influence or control over the employment action of the other, including, but not limited to, promotion, demotion, termination, work assignments and change in pay rate.

Fraternization compromises the professionalism of the work environment. It is particularly harmful because employees often perceive favoritism by management toward a coworker as a result of a personal relationship.

Employees should be aware of the negative ramifications and perceptions that could result from these actions and should avoid situations in which fraternization or the appearance of fraternization could occur.  If an employee desires a relationship that would otherwise violate the fraternization policy they must notify their supervisor immediately so that a transfer may be arranged, if possible.

## SUBSTANCE ABUSE

The Company has a long-standing commitment to provide a safe and orderly business environment for its employees and customers. An employee's involvement in an activity related to illegal drugs or the abuse of legal drugs

12

or alcohol, on or off the job would have an adverse impact on the workplace. The Company will not condone the use of any illegal drug and/or the abuse of legal drugs or alcohol by its employees. We will not consider for employment any individual found to possess illegal drugs or unexplained legal drugs or to have them in his or her body.

The following are strictly prohibited on Company property or on Company time and will result in termination of employment: the sale, use, purchase, transfer, possession or presence in one's system of alcohol, illegal drugs or unexplained legal drugs. Management may require that an employee submit to a blood and/or urine exam if he or she has reported to work in a condition that gives the supervisor reason to suspect the influence of drugs or alcohol.

Whenever the Company has reasonable suspicion that an individual possesses drugs or alcohol on Company premises, the Company reserves the right to inspect the property of that individual or any vehicle on Company premises to ensure a business environment free of alcohol and illegal drugs. Employees arrested or convicted on or off the job for drug or alcohol-related offenses may be considered to be in violation of Company policy.

The Company may take disciplinary measures, up to and including termination, when an employee has created illegal or unsafe conditions, or is suspected to have done so, refuses to be tested or violates this policy through the use, possession, distribution or sale of alcohol or illegal drugs.

## COMPANY RESOURCES, PROPERTY, FACILITIES & EQUIPMENT

We expect employees to take pride in the resources, facilities and equipment the Company has furnished for use on the job. Company resources include, but are not limited to, property, facilities, equipment, materials, software, phone systems, e-mail, computer systems including internet access and information whether stored electronically or otherwise. Company resources are for conducting Company business. Do not use these systems for personal reasons, unlawful activities or any activity that is inconsistent with Company policy.

Any personal use, without express permission from the appropriate manager, or willful misuse, destruction or damage to Company resources is a serious violation of Company policy and will result in disciplinary action, including possible termination.

13

Willfully misusing, destroying, defacing or damaging Company property is a serious violation of Company policy and will result in swift disciplinary action. including immediate termination.

Except as approved by the appropriate manager. employees may not use Company property for personal projects.

## CONFLICT OF INTEREST

Employees and their close family members should avoid any activity outside the course of their employment that could create a loss to the Company. This includes financial and non-financial losses to the Company. An example of non-financial loss is a situation in which an employee's association with a disreputable company damages the Company's reputation. Such activity could divide an employees' loyalty between the Company and the outside interest.

Close family members include (but are not limited to): parent, spouse, child, grandchild. grandparent, father-in-law. mother-in-law, sister, brother. sister-in-law and brother-in-law.

Employees may not:

- Work for or provide advice to competitors. suppliers or customers.
- Run "side businesses" that compete with. sell to or buy from Beall's or its' subsidiaries.
- Charge a fee for advice or consulting services for anyone. This includes competitors. suppliers and customers. Any advice or consulting service the Company provides will be for the mutual benefit of the Company and the other party.
- Invest in a company related to the company's business. This includes competitors. suppliers and customers. An employee may make a small investment (e.g., less than one percent of the company) in any company that sells its stock on the public market.

## OUTSIDE EMPLOYMENT

If you desire to work part time outside the Company, ask your manager, in writing, for permission prior to accepting another position. Your manager will not permit any outside employment or activity that is detrimental to job performance or which adversely affects the interest of the Company.

14

# EMPLOYMENT OF RELATIVES

The Company does permit the employment of relatives or individuals living in the same household if it is in the best interest of the Company and in compliance with our fraternization policy. The term "relative" includes, but is not limited to spouse, child, parent, sibling, grandchild, grandparent, father-in-law, mother-in-law, sister-in-law and brother-in-law. Relatives or people living in the same household will not work in the same store or report to the same store or Corporate/Distribution Center supervisor. The Divisional Vice President must approve any employment of relatives.

# GIFTS, GRATUITIES & ENTERTAINMENT

Employees must make fair and impartial business decisions. Accepting gratuities may affect an employee's ability to make impartial decisions. Employees, family members or their agents may not accept any of the following items from vendors, customers or others who are directly or indirectly related to the Company's business:

- Loans
- Commissions
- Favors
- Gifts
- Gratuities
- Trips and Travel
- Cash (including tips & checks)
- Property
- Theater or sporting events tickets
- Shares of profits
- Anything of value

Receipt of such items could suggest dishonest or unfair dealings. This rule applies whether the person receives the value directly or indirectly. Receiving value indirectly means receiving it through a family member, friend or acquaintance.

# FINANCIAL & BUSINESS RECORDS

All employees are responsible for ensuring the accuracy and reliability of the Company's accounts. All books and records must conform to generally accepted accounting principles, and all applicable laws and regulations and Company policies. Employees must accurately document and account for all transactions on the Company's books and records. Fictitious, improper, deceptive, undisclosed or unrecorded accounts of funds or assessments are serious ethical violations and may be illegal as well. Violations may result in discipline, up to and including termination.

# CORPORATE DISCLOSURE

If you have possession of or access to confidential Company information, you may not disclose it to employees or individuals outside of the Company unless your manager approves of the disclosure or the information is needed to comply with the law. Confidential information may include but is not limited to:

- information about employees, customers or suppliers
- policies and procedures, processes or equipment
- business plans
- financial and marketing information
- investment information
- organizational data including names, addresses and phone numbers of employees, officers, board members and stockholders
- information systems access information (i.e. password)
- building security and access information (i.e. alarm codes, pass keys, store keys)
- information regarding investigations (ongoing or closed)
- computer software developed in-house and related documents
- merchandise resource, assortment, pricing, cost and promotional plan information

Violation of confidential Company information may result in reprimand, disciplinary action or termination.

# CONDUCT ON THE JOB

On-the-job conduct is a major factor affecting the Company's operation because employee morale, productivity and community relations are at stake. The following actions are examples but not an exhaustive list of conduct that violate the Company's standards and which may result in discipline, including immediate termination. Further, legal action may be taken in appropriate cases.

- Insubordination, abusive language or rudeness to a supervisor, co-worker or customer.
- Refusal or failure to perform work as required.
- Gambling or participating in a lottery on Company premises.

16

- Possession, use, or being under the influence of illegal drugs, narcotics, or alcoholic beverages on property owned or leased by the Company.
- Violence or the threat of violence towards a supervisor, co-worker or customer.
- Indecent conduct, fighting, possession of firearms or weapons.
- Failure or refusal to cooperate fully and truthfully in an investigation conducted by or at the direction of the Company.
- Knowingly failing to report another employee's violation of Company policy.
- Refusal to work scheduled hours.
- Irregular attendance, tardiness or absenteeism.
- Causing disturbances among fellow employees or failing to cooperate with others, showing a lack of respect for fellow employees.
- Engaging in sexual harassment or other forms of harassment.
- Ringing up purchases, or handling any other transactions, for yourself, your relatives or anyone living in your household.
- Misuse of the employee discount.
- Unauthorized removal or use of any Company merchandise, resources, equipment, or assets of any kind.
- Theft.
- Misuse of Company property.
- Writing bad checks to the Company or failure to repay debts to the Company (including Beall's credit card accounts).
- Delaying bank deposits, holding checks or borrowing Company funds.
- Disclosure of confidential information.
- Falsification of Company documents and/or records.
- Failure to report arrests and convictions or violations of criminal or civil law.
- Absenteeism due to incarceration.
- Failure to be truthful to a supervisor, co-worker or customer.
- Refusal to cooperate with an inspection.
- Any violations of the Company policies and procedures.

17

# EMPLOYMENT POLICIES

The employment policies were developed to guide you in your role within Beall's and its operating divisions and should help you function successfully as a member of our team. This section gives you an overview of the policies and procedures on which the Company has been built. The policy descriptions are brief and not all-inclusive. For additional policies and information consult the appropriate Company manual and/or speak with your manager.

## EMPLOYMENT CLASSIFICATIONS

When you begin work, you will be classified based upon the number of hours, on average, for which you will be scheduled. The classifications are full time, part time and on-call.

- A Full-Time employee works an average of at least 30 hours per week.
- A Part-Time employee works an average of at least 20, but less than 30, hours per week.
- An On-Call employee generally averages less than 20 hours a week.

Based upon your employment classification, you are eligible for certain benefits. See the Benefits section of this handbook for an explanation of these benefits.

Independent contractors or individuals supplied by temporary employment agencies, employee leasing companies or consulting firms are not considered Company employees and are not eligible for Company benefits.

Your manager will re-evaluate your classification semi-annually based on your actual hours worked in the previous six months. If you averaged more or fewer hours per week than the minimum for your current employment classification, your manager will complete a Classification Change Notice and explain any changes in benefits to you. The Company cannot guarantee your employment hours; these may vary based on business conditions.

## WORK HOURS

The Company's work week begins on Sunday and ends on Saturday.

Work hours vary in the Distribution Center and stores. Due to varied staffing needs in our stores, employees may work Saturdays, Sundays and evening

hours. The normal work week at Corporate Center is Monday through Friday unless otherwise specified by management.

At the discretion of management, you may be required to work Saturdays, Sundays, evenings, holidays and overtime even if you are not normally required to do so. Sometimes it may be necessary for management to reschedule your work hours due to workload peaks, deadlines, unexpected absences or changes in corporate plans. Whenever possible, you will be notified one week before the schedule changes. Only management may make schedule changes.

If you are an hourly employee, you will generally be scheduled for less than 40 hours of work per week. If you work more than 40 hours per week (or if you meet other requirements imposed by state law), you will be paid overtime at the rate of time-and-a-half for each overtime hour. You should not work overtime unless you have prior approval from your Divisional, Regional, or District Manager.

As an hourly employee, any time you spend performing a task of benefit to the Company (with your manager's knowledge) must be included within your "hours worked" for that workweek. The Company does not permit off-the-clock work. You are required to record all hours worked. You will be paid for all hours worked. Your manager is not permitted to shift your hours worked from one week to another.

## RECORDING TIME WORKED/CLOCKING IN & OUT

Hourly employees must record time worked by clocking in and out. Failure to follow these rules may result in discipline, up to and including termination. Employees are expected to follow the rules listed below when clocking in and out:

- You may not work off the clock or be in your work area unless you are on the clock.
- Only clock in or out for yourself.
- Clock in only when scheduled and ready to begin your assigned duties. Do not begin work before clocking in. Also, do not continue to work after clocking out. Your time worked will be computed to the nearest minute.
- Begin working immediately after clocking in.
- Clock out when taking your scheduled meal period, or when off duty (with the exception of rest periods), and clock in again when returning

19

to work. If work interrupts a meal period, tell your supervisor immediately so the time will be counted as work time and you can be paid correctly. If you take a meal period but do not clock out, the time you take for the meal period will be deducted from your recorded hours worked.

- If you are serving a customer, continue until you are finished. In any other situation, ask for your manager's prior approval to continue work past the scheduled time.
- You are responsible for the accuracy of your hours. If you find an error, communicate it to your supervisor.
- Except in an emergency, do not leave the assigned job and work area during work hours or stop working before the scheduled time without the permission of your manager or supervisor.

Salaried employees are generally expected to work at least a full 40-hour work week. Salary is intended to cover all work done in the workweek, regardless of time spent. Any deductions from the pay of a salaried employee must be reviewed with Human Resources.

## ATTENDANCE

The Company encourages good attendance and punctuality. Unauthorized absences and tardiness are not only disruptive to our operations, but also cause morale problems among employees.

The Company defines missed work time as follows:

Tardiness: Reporting to work after the scheduled start time, returning to work late from a break or lunch time, or leaving before the scheduled time.

Absence: Failing to report to work for more than half of your shift on a scheduled work day.

If you are unavoidably absent or tardy, it is your responsibility to call your immediate supervisor before your scheduled reporting time. This notice should be given at least one hour in advance whenever possible to give the manager time to reschedule other employees or make other required adjustments.

If you arrive more than one hour tardy for work without notifying your supervisor, your supervisor may send you home without permitting you to work the remainder of your shift. If you expect to be tardy returning from a break or lunch, you must receive prior approval from your supervisor.

20

Notifying your immediate supervisor of an absence or tardiness does not mean it is excused. Management decides whether to excuse the absence or tardiness based on the situation.

Unless authorized by management, you may not work beyond your normal quitting time or during scheduled lunch periods to make up for absences or tardiness.

If you are absent from work for two consecutive days without notifying your supervisor, the Company will consider you to have resigned without giving the required two weeks notice.

Distribution Center employees should see additional Distribution Center attendance guidelines.

## MEAL PERIODS

If you work more than five hours per day (or as state law requires), you may take a meal period. Your manager will inform you of your work hours and meal periods. In the stores, your scheduled work hours and meal periods will be posted by management. The meal period may be from 30 minutes to one hour, depending on scheduling requirements.

Normally, you should clock out for your meal period. In certain situations, your manager may ask you to eat your meal while remaining on the clock. In these situations, your meal time will count as work time.

You may smoke in a designated smoking area outside the building during a scheduled meal period.

## REST PERIODS

At the discretion of management, hourly employees may be given one paid rest period up to fifteen-minutes per five hours worked or two paid rest periods up to fifteen-minutes each per eight hours worked (or as state law requires). The immediate supervisor schedules rest periods. You may not use rest periods to arrive late, leave early or extend your meal periods.

You may smoke in a designated smoking area outside the building during a scheduled rest period.

21

## SMOKE FREE ENVIRONMENT

The Company maintains a smoke-free environment. Smoking is not permitted at any time inside any Company facility. You may smoke in a designated smoking area outside the building during a scheduled rest period or meal period.

## PARKING

Employees may not park in spaces reserved for customers and visitors. You may park in non-customer areas as designated by your manager. After dusk, you should walk with your co-workers to your car.

## YOUR PAY

The pay period begins on a Sunday and ends on Saturday. The Payroll Department releases pay every other Friday for the previous two workweeks. (except Distribution Center employees; see separate DC guidelines). You will receive your pay via direct deposit into your bank account.

Direct deposit provides a fast and reliable way of having your pay automatically deposited. The direct deposit option is strongly encouraged by the Company. Your net pay can be deposited automatically into your checking and/or savings account and will be available for withdrawal every other Friday afternoon (except DC employees; see separate DC guidelines). Each payday, you will receive an earnings statement instead of a paycheck. Your earnings statement will list gross salary, taxes, other deductions and net pay.

If you change or close bank accounts, it is your responsibility to notify the Payroll Department, in writing, prior to your next pay period ending date. If notification is not received in a timely manner and your deposit goes to a closed or incorrect account, you will be subject to wait for payment until the bank returns the funds to the Company.

If you DO NOT use the convenient direct deposit option, you can receive your pay in the form of a paycheck. However, the Company delivers checks to the stores using Company trucks that follow a schedule based largely on merchandise flow. This means, that if you do not elect direct deposit you could experience a delay of up to a week or more from the time you could have received your pay using direct deposit.

If you feel there is an error in your pay, let your manager or supervisor know within a week so it may be checked. If your pay includes an overpayment and you don't report it and/or re-pay it, the Company will take any necessary action, including termination.

Contest prizes and awards, whether in the form of money, gift certificates or gifts, are considered to be compensation. The dollar amounts or value of prizes and awards above IRS minimum reporting standards will be added to the year to date earnings of recipients and subject to normal payroll deductions.

If you become subject to a court order requiring deduction from your income, the Company will deduct amounts from your paycheck as directed by the court.

## ORIENTATION PERIOD

You are in an orientation period during your first 90 days of your employment. This gives your supervisor an opportunity to evaluate your performance and provides you with an opportunity to better understand your job.

You will be evaluated during your orientation period and your employment may be terminated during this period for any reason. Continuation of your employment after you successfully complete the orientation period is at the sole discretion of the Company and is for no definite length of time.

Upon successful completion of your orientation period, you may be eligible for a variety of benefits. See the Benefits section of this handbook.

## PERFORMANCE APPRAISAL

We all like to know how well we are doing our jobs. At Beall's and its operating divisions, your performance is measured as is appropriate for your position. Performance appraisals provide time to discuss concerns or questions about your work and to set mutual goals. Annually, you will receive a performance appraisal and management will determine whether your performance merits a change in your pay rate.

23

# EMPLOYEE RECORDS

Your personnel file is a record of facts about you and your job at the Company. It is important to you that these records are accurate and up to date. Promptly notify your manager of any changes in your name (or your dependents' names), address or telephone number, person to notify in an emergency, beneficiary, dependents and withholding for income taxes. You will be required to complete the appropriate form to update your records and return it to your manager.

It is against Company policy to remove or alter anything in your employment records without permission from your manager. Active employees may review certain contents of their employment records with the manager present. If you request a copy of specific information, your manager will provide it, with certain exceptions.

Management personnel and employees who need the information to perform their duties may have access to employee records. Employees and management may not provide any information to persons outside the Company, other than government agencies, without your written consent or due legal process. All inquiries must be directed to Corporate Human Resources. For verbal inquiries, Human Resources will only provide dates of employment and position held.

# EMPLOYEE TRANSFERS

The Company makes reasonable efforts to place you in a job for which you are best qualified. Management may initiate a transfer at any time in response to Company needs. The Company will consider your request for transfer from one division or location of the Company to another based on the following:

1) Completion of one year of employment, unless approved by the appropriate manager.
2) Availability of the desired position.
3) Your training, skills and performance record.
4) Best interest of the Company.

If you transfer between corporate divisions, the distribution center or the stores, and your employment status has not changed, you will keep all benefits you had before the transfer.

24

# PERSONAL BUSINESS

You may shop and purchase Company merchandise during meal periods, off the clock. You cannot extend meal periods for this purpose. You may shop and purchase merchandise before or after work, but not during scheduled work time.

For your protection, never ring up purchases, or handle any other transactions in the stores or in the Corporate Center, for yourself, relatives, or others living in your household. Violation of this policy is a serious offense and may result in immediate termination.

The Company expects you to handle most personal matters after work hours or on your scheduled days off. If you obtain permission in advance, your manager may grant time off for reasonable requests such as medical appointments, dental appointments or eye examinations.

With sufficient notice, your manager will make every effort to schedule your work hours around your appointments. The Company will not pay you for such absences except in the case of illness if you have accrued sick pay.

## Personal Phone Calls

Use of Company phones is primarily for Company business. Personal calls and conversations on Company phones should be kept to a minimum and should be made during a break or mealtime. Any personal long distance telephone calls must be recorded and charges reimbursed to the Company. See your manager for instructions. Consistent with the use of Company phones, personal cellular phone calls should be kept to a minimum so as not to disrupt the workplace.

For customer service and safety reasons, in the stores and Distribution Center, personal cellular phones are not permitted for use in working areas or on work time.

## Personal Lockers

In the stores and Distribution Center, the Company provides lockers for your personal items. Personal items brought to work must be kept in your locker. Management requires that you always lock your locker. The Company is not responsible for items that are placed in your locker, therefore, recommends

25

not keeping valuables in your locker. Management reserves the right to inspect the lockers, whether the lock is yours or the Company's.

# DRESS CODE

Your appearance is a very important part of the Company's customer service and public image. Therefore, we require you to present a businesslike appearance. To ensure a consistent public image, each operating division has established guidelines.

Check with your supervisor regarding the appropriate guidelines in your location. The Company expects you to adhere to these guidelines as posted or as discussed in store or department meetings.

If any questions or discrepancies exist, management will make a decision about what constitutes appropriate, businesslike appearance. Your manager has the right to send you home to change, without pay, if you are not wearing appropriate attire.

### Name Badges

If you work in a store or the Distribution Center, you must wear a name badge at eye level. The Company issues your initial badge free of charge. Worn-out or broken name badges will be replaced free of charge. Employees will be charged for lost name badges.

# TERMINATION OF EMPLOYMENT

A terminated employee (whether resigning or dismissed) must turn in all Company equipment, tools, name badges, keys, access cards, employee credit card(s), employee discount card(s) and any other Company property.

### Resignation

Resignation refers to instances when employees willingly provide management with signed notification of their intent to leave the Company. If you choose to leave the Company and give two or more weeks written notice, the Company may permit you to work until the specified resignation date. If the Company determines that it is in its best interest, you may be asked to leave without fulfilling the notice period. You may be paid only for actual hours worked.

The following rules and guidelines would apply if you were to resign:

- Written notification is mandatory or the Company cannot consider your resignation voluntary when determining whether you will receive accumulated benefits at termination.
- If you were employed one year or more and work through your two weeks notice, you may receive accumulated vacation and sick pay (or as state law requires).
- After providing notice of intent to resign, if you work through the two-week notice period and your current position involves working with financial records or other Company-sensitive materials, you may be reassigned to another position.

## Dismissal

Dismissal occurs when an authorized member of management informs you that your employment with the Company is ended. Each divisional executive officer will authorize management personnel to conduct dismissals as appropriate. You may be dismissed if, in the sole judgment of management:

- Your performance or conduct is not satisfactory.
- You engage in willful misconduct, dishonesty or destruction of property.
- You are unable to return to work due to health reasons in situations where:
  - all sick pay and other paid time-off work for which you are eligible has expired.
  - all family or medical disability leave is consumed.
  - the Company cannot reasonably accommodate further leave.
- The Company makes a business decision to reduce the work force due to reorganization or business conditions.
- Other reasons not specifically listed here but which management judges sufficient to warrant immediate dismissal.

If the Company terminates your employment for disciplinary reasons, you will not be eligible for rehire.

## Re-Hire Status

Employees who have been terminated for cause or who resign without giving proper notice may not be rehired.

A re-hired employee will be treated the same as a new employee and subject to the same benefits with the exception of entry into the BEST Plan (401k).

# LOSS PREVENTION

Theft (either shoplifting by customers or employee theft) and errors (such as incorrect keying of sales) cause shrinkage. By controlling shrinkage, we reduce the dollar amount the Company may lose each year.

Be alert for possible sources of shrinkage. Immediately inform your manager of actual or potential shrinkage problems (such as any instances of dishonesty or error).

The Company's objective is to stop or at least minimize shrinkage. We rely on two sources of help:

1) *You and all Company employees* - The Company relies on all employees to help stop shrinkage.
2) *Loss Prevention Department* - The Company has a Loss Prevention department, based at Corporate, which is responsible for protecting the Company's assets. We also have Loss Prevention employees and /or surveillance cameras in our locations.

If you observe suspicious behavior or the act of concealment, notify a member of management or Loss Prevention immediately. Only the Store Manager and Loss Prevention personnel are authorized to apprehend shoplifters after witnessing the criteria for apprehension as outlined in our policies and procedures manual.

The Company may pay rewards to non-management employees for reporting certain types of shoplifting, internal theft and credit fraud or for causing the recovery of Company merchandise, assets or property. Employees are not eligible to receive the award if the incident occurs while they are conducting normal duties (i.e., office managers are responsible for reporting money shortages).

# SECURITY

To safeguard the property of our employees, our customers, and the Company, and to help prevent the possession, sale and use of illegal drugs on Company premises, management and Loss Prevention personnel reserve the

right to question employees entering and leaving our premises and to inspect packages, parcels, handbags, briefcases, backpacks, lunch boxes, or any other possessions or articles carried to and from Company property. In addition, the Company reserves the right to search an employee's desk, files, lockers or any other area or article on Company premises. Searches may be conducted at any time at the discretion of the Company.

Control of access by non-employees to non-public areas is essential to the security of our stores and offices. An employee must accompany all people not employed by the Company when they are in non-public access areas. Visitors should sign-in and be given a visitor badge.

## SHRINK ALERT MESSENGER (SAM)

The Company encourages you to report all questionable activity to your supervisor or manager, but if you are uncomfortable doing so, then you should use SAM to report your suspicions. SAM is an outside reporting agency that assists the Company in gathering information on a variety of subjects including suspicious activity. You do not have to wait until you actually "catch someone in the act." As soon as you become suspicious, you should call SAM at 1-888-SAM-TIPS. Your name is optional and all reports are confidential. All SAM reports are thoroughly investigated.

## SAFETY

The Company strives to provide employees with an environment that is secure and free from health and safety hazards. Be aware of potential safety hazards and report situations that may require emergency maintenance to your manager.

- Learn the location of fire extinguishers and posted evacuation routes.
- Safety signs indicating "wet floor" must be in use if the floor is wet from water or other liquid. Spills should be wiped dry immediately.
- Aisles are to be kept clear of boxes, totes, etc. All main aisles on either side of a rack or table should be physically accessible.
- Malfunctioning heating, ventilation and air conditioning systems should be reported.

Please abide by the general safety guidelines posted in the stores. Use common sense in performing activities not specifically addressed.

*Remember: Workplace safety is everyone's responsibility.*

29

## ACCESSIBILITY OF STORES

The Company aims to make all of its facilities physically accessible to all persons. Please make every effort to ensure that our facilities are free of any barriers or configurations that would make them inaccessible to those customers who are physically disabled. Any accessibility issues should be reported to the Vice President of Loss Prevention and Human Resources Administration.

## ACCIDENT REPORTING

If an employee or non-employee has an accident, no matter how minor, report it immediately to management. All on-the-job employee accidents and non-employee accidents must be recorded and reported through the appropriate manager to our Corporate Risk Management Department immediately. Accidents not reported within 24 hours may result in loss of coverage under Workers' Compensation.

If the injury requires medical attention, management will arrange for transportation to a doctor, clinic or hospital emergency room for professional care. For all non-emergency accidents, management will arrange for any necessary treatment at an authorized location.

Do not discuss liability or give out any information concerning an accident to anyone. All inquiries should be referred to the Corporate Risk Management Department.

## EMERGENCY

Various emergency situations could possibly arise within the store or other Company locations. When responding to a potentially dangerous situation, the safety of our employees, customers or visitors is the number one priority. Stores should refer to the Store Emergency Reference Guide. Other locations should contact management for further instructions.

# BENEFITS

Because the Company values you and your efforts, the Company provides you with access to a competitive benefits package. This package includes the following benefits: paid vacation, health insurance and several other types of insurance options, a retirement savings plan, college tuition reimbursement, special awards for service, employee discount benefits and more. Many Company benefits are provided at no cost to you.

The benefits the Company provides for you require a significant amount of Company resources. The Company expects you to follow the policies and rules governing the use of all Company-provided benefits. Abuse of these policies or rules may result in discipline, up to and including termination of employment.

This section of the handbook highlights some of the features of our benefit programs. Our group insurance plans, and retirement-related programs are described more fully in plan description booklets once you are enrolled in these programs. Complete descriptions of our insurance programs are in the Company's master insurance contracts with insurance carriers, which are maintained in our Benefits Department. Complete descriptions of our retirement related programs are in the appropriate master plan documents and are maintained by our BEST Plan Administrator. If information in this handbook and our plan descriptions contradicts information in these master contracts or master plan documents, the master contracts/documents shall govern in all cases.

The Company reserves the right to amend or terminate any of its benefit programs or to require or increase employee premium contributions toward any benefits with or without advance notice. This reserved right may be exercised in the absence of financial necessity. The respective plan administrator will notify plan participants of all approved amendments or plan terminations, in accordance with the requirements of applicable federal law. For more information regarding any of our benefit programs, please contact our Benefits Department or BEST Plan Administrator.

## Summary Of Benefits

| Benefit | Full-time | Part-time | On-call | When Eligible | Policy # |
|---------|:---------:|:---------:|:-------:|---------------|----------|
| **Time-Off Benefits** | | | | | |
| Vacation Pay | ✓ | ✓ | | 6 Months | PP-502 |
| Holiday Pay * | ✓ | ✓ | | 90 Days | PP-503 |
| Floating Holiday | ✓ | ✓ | | 90 Days | PP-503 |
| Sick Pay | ✓ | ✓ | | 90 Days | PP-504 |
| Short-term Disability Pay | ✓ | ✓ | | 2 Years | PP-504 |
| Family & Medical Leave Act Of 1993 (FMLA) ** | ✓ | ✓ | | 1 Year | PP-505 |
| Funeral Pay | ✓ | ✓ | ✓ | 90 Days | PP-506 |
| Employee Assistance Program | ✓ | ✓ | ✓ | Immediately | |
| **Insurance** | | | | | |
| Medical Insurance | ✓ | | | 90 Days | PP-507 |
| Dental Insurance | ✓ | | | 90 Days | PP-507 |
| Life Insurance | ✓ | | | 90 Days | PP-507 |
| Travel Insurance*** | ✓ | | | Immediately | PP-515 |
| **Discounts & Charges** | | | | | |
| Employee Discount | ✓ | ✓ | ✓ | Immediately | PP-508 |
| Employee Charge Account | ✓ | ✓ | | 90 Days | PP-509 |
| **Retirement Savings Plan** | | | | | |
| Beall's Employees' Savings Trust (BEST) Plan | ✓ | ✓ | ✓ | 90 Days | PP-510 |
| **Education Benefits** | | | | | |
| College Tuition Reimbursement | ✓ | | | 6 Months | PP-511 |
| Scholarship Program | ✓ | | | 1 Year | PP-512 |
| **Service-Related Awards & Benefits** | | | | | |
| Service Awards**** | ✓ | ✓ | ✓ | 5 Years | PP-513 |
| Christmas Gift Certificates***** | ✓ | ✓ | ✓ | 2 Years | PP-513 |
| Retirement Benefits | ✓ | ✓ | ✓ | 15 Years; Age 65 | PP-513 |

\* Holiday Pay: Certain minimum hours requirements must be met. See Policy for details.

\*\* FMLA: Employee must work at least 1,250 hours per year.

\*\*\* Travel Insurance: While on Company Business.

\*\*\*\* Service Awards: Certain minimum hours requirements must be met.

\*\*\*\*\* Christmas Gift Certificates: Certain minimum hours requirements must be met. Available at the discretion of Management; employees who participate in annual short-term bonus plans are not eligible.

## VACATION

The Company provides vacation benefits to give full-time and part-time employees time off work for rest and relaxation.

All full-time and part-time hourly employees are eligible for paid vacation as described below. On-call employees (i.e., those who average less than 20 hours per week) are not eligible for vacation benefits.

Paid vacation is limited to the number of hours that are accrued/earned, as reflected on each paycheck.

### *Vacation Accrual*

If you are an hourly employee, you earn vacation at the rate shown in the chart below:

| Hourly Employee Vacation Accrual | | | |
|---|---|---|---|
| Yrs of Service Completed | Vacation Hours Earned Per Hour Paid | # of Weeks Earned Per Year If Working 40 Hours Per Week | Example |
| more than 1 year less than 5 | .0385 | 2 | Employee with 3 years of service paid for 1,700 hours during the year. 1,700 x .0385 = 65 vacation hours. |
| more than 5 years | .0577 | 3 | |
| more than 14 years | .0769 | 4 | |

Vacation earned during your first six months with the Company may not be taken until your second 6 months of employment. Vacation absences may be approved during your first 6 months of employment but will be without pay.

## Approval

Vacation time should be approved at least 30 days in advance by your immediate supervisor or manager.

Management has the right to deny vacation requests if scheduling requirements prevent the employee from taking vacation time requested. If you are a store employee, vacation may also be denied during peak selling periods (i.e., mid November through December, and March).

Any exceptions will be made at the discretion of your manager.

## Mandatory Use

You must take at least four consecutive vacation days within each fiscal year or you will lose the equivalent of four vacation days. The period within which the days must be taken is August 1 to July 31 each year. Mandatory use of vacation becomes effective after completing one full fiscal year of employment.

A full fiscal year begins on the August 1 following the employee's hire date and ends the following July 31.

## Payout

The Company has established limits on the number of earned but unused vacation hours that can be carried over from one year to the next. The amount of the carry-over is based upon your number of years of continuous service as shown in the following table:

| Amount of Carry-Over | | |
|---|---|---|
| Years of Service | # of Hours That Can Be Carried-Over | Additional Hours if Written Request is Made |
| Less than 5 years | 80 | 160 |
| More than 5 years | 120 | 240 |
| More than 14 years | 160 | 320 |

After the close of each fiscal year, the Company will pay out the earned but unused vacation hours in excess of the above carry-over limits. These provisions will apply to the payout:

34

- It will be based as of the last day of the fiscal year.
- Applicable taxes (Federal income taxes and Social Security taxes) will be withheld.
- You will be notified that the payout will be made, and a separate check will be issued.

If you leave the Company after being continuously employed one or more years (or as state law requires), you may be paid unused vacation. Such payment will be based upon the number of hours you have earned through your termination date. No payment will be made if you:

- Resign without giving and working through two weeks written notice (unless, at the option of the Company, two weeks notice has been waived).
- Have engaged in conduct which, in the Company's sole judgment, is detrimental to the best interest of the Company.

In the case of your death while still an active employee, payment for unused vacation at time of death will be made to your beneficiary or estate. Payments will be based on your rate of pay at time of death.

## HOLIDAY PAY

The following paid holidays will be observed by all stores and offices:

- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Day

Floating Holiday - In addition to the six standard holidays, employees are eligible for one floating holiday each fiscal year. The floating holiday may not be taken in increments of less than a day and you are not permitted to carry over unused floating holidays from fiscal year to fiscal year.

The stores will be open on New Year's Day, Memorial Day, Independence Day and Labor Day, but each of these will be considered a paid holiday. The stores are closed on Easter, but it is not a paid holiday. The Corporate and Distribution Center will be closed on all six holidays. However, minimum staffing levels may be required in some departments.

35

If you are an hourly employee, you will be paid for holidays based on the following guidelines:

1) Holiday pay will be based on the average number of hours worked during the current calendar year (not to exceed eight hours of pay).

2) You must average 20 or more hours per week during the current calendar year and must have been employed at least 90 days prior to the holiday.

3) If you work on a holiday:

   - you will receive your regular pay and premium pay of one-half the regular hourly rate in addition to the holiday pay.

   - your manager may approve another paid day off work within the same week.

4) If you call in sick when you are scheduled to work on a holiday, you will not receive holiday pay.

5) If you are on disability pay, you will receive no additional benefits should a holiday occur during that period.

6) You must work your full scheduled shift the day before and the day after the holiday unless on vacation or on a scheduled day off work.

7) The Company does not consider unworked holidays as time worked when computing overtime.

8) If your day off work falls on a holiday, you will be paid holiday pay if you meet all other requirements.

9) If you are on a paid vacation during a week in which a holiday falls, you will be paid for the holiday with holiday pay instead of vacation pay.

## SICK PAY

If you are a full-time or part-time hourly employee, you are eligible to receive sick pay. Here is how it works:

- You earn .01923 hours of sick pay for each hour paid. (This is equal to five days per year, based on an average of 40 hours per week). For example, if you have worked 1,100 hours and have not taken any sick pay, you have earned 21 hours of sick pay (1,100 X .01923 = 21 hours).

- Sick pay cannot be used until you have completed your 90-day orientation period.

You are required to call your immediate supervisor or manager as early as possible when you are unable to work. The manager may ask you to bring in a note from a health care professional if you are out for two or more consecutive days.

Sick pay, if available, must be used during the year to cover time you may miss from work for illness, injuries or your own medical appointments. Unused sick pay may be carried over from year to year, on an unlimited basis.

You may be paid for unused sick pay upon termination of employment. You will not be paid this unused sick pay if you:

- Resign without giving or working through two weeks written notice (or as state law requires).
- Have engaged in conduct which, in the Company's sole judgment, is detrimental to the best interest of the Company (or as state law requires).
- Have been employed for less than one complete year (or as state law requires).

In the event of your death, the Company will pay your unused sick pay at the time of death to your estate or authorized representative. Payments are based on your rate of pay at the time of death.

# FAMILY & MEDICAL LEAVE ACT (FMLA)

You may be eligible to take leave under the Family and Medical Leave Act (FMLA). To be eligible, you must have worked for the Company for at least 52 weeks (these need not be consecutive) and for at least 1,250 hours during the 12 months preceding the start of the leave.

Unpaid leave must be granted for any of the following reasons:

- To care for your child after birth or placement for adoption or foster care.
- To care for your spouse, son, daughter or parent, who has a serious health condition.
- For a serious health condition that makes you unable to perform your job.

All unpaid FMLA requests for leave must be made through the Company's third party administrator. If you are eligible, the Company will grant you an unpaid leave of absence for up to 12 weeks through our third party

37

administrator. During this period, your job will be protected. When requesting a leave due to personal medical reasons, you are required to use earned, unused sick pay. You may also request any earned, unused vacation pay.

Through our third party administrator, you must provide the Company with 30 days advance notice when leave is "foreseeable." If you fail to give 30 days notice with no reasonable excuse for the delay, you may be denied the leave for at least 30 days after notice is provided.

The Company requires medical certification to support any FMLA leave request to care for a seriously-ill family member or for personal medical leave due to a serious health condition.

If you take FMLA leave, you are entitled to be restored to your original or an equivalent position with equivalent pay and benefits when you return to work.

For the duration of the FMLA leave, you will have access to the Company's health, dental and life insurance coverage under the same coverage conditions that would have been in effect if you continued working. In order to maintain coverage while on FMLA leave, you must make arrangements with the Benefits department to pay for your portion of the health insurance premium and other deductions. If you fail to return to work, the Company may recover premiums paid for maintaining your coverage.

Employee charge and discount privileges will also continue.

If you are a BEST Plan participant, the Company may make matching contributions for the period from the end of the previous fiscal year to the leave period as long as you are employed as of the end of the current fiscal period.

Vacation and sick time will not accrue during any FMLA leave and will resume upon return to active employment. Any receipt of holiday pay will also be suspended during this period of FMLA leave.

If you have been out on FMLA leave because of a personal medical condition, prior to returning to work, the Company will require you to submit a certification from your health care provider stating that you have sufficiently recovered from your medical condition and you are able to perform your normal job duties.

For a more thorough discussion of FMLA leave, please ask your manager or refer to the Company's Policies and Procedures manual.

# SHORT-TERM DISABILITY PAY

You may be eligible to receive a continuance of 60% of your base pay for periods of extended illness. Benefits begin after all available accrued sick time is used and/or after seven consecutive days of illness. See your manager for more information.

If the short-term disability is due to a Workers' Compensation injury, payments will be reduced by the amount of Workers' Compensation benefits.

Through our third party administrator, the Company requires a certificate from a health care provider for any period of medical disability. The certificate must be renewed every 30 days while you are disabled.

At your discretion, you may use earned vacation pay to supplement your disability benefits during a disability absence. The amount of disability pay is based on years of service and on the average number of hours for which you were paid during the previous 12 months. Disability payments are equal to 60% of your average hours worked. See the following chart for employee's available short-term disability pay.

| Hourly Employees Available Short-term Disability Pay | | | | | |
|---|---|---|---|---|---|
| Completed Years of Service | <2 | 2-4 | 5-6 | 7-10 | 11+ |
| Maximum Weeks of Pay at 60% of Average Hours Worked | 0 | 3 | 5 | 10 | 26 |

| Salaried Employees Available Short-term Disability Pay | | | | | | |
|---|---|---|---|---|---|---|
| Completed years of Service | <2 | 2-4 | 5-6 | 7-8 | 9-10 | 11+ |
| Maximum Weeks of Pay at 60% of Average Hours Worked | 4 | 6 | 8 | 10 | 13 | 26 |

While you are covered by disability pay, your benefits (including medical insurance coverage, dental insurance, employee charge, discount privileges and life insurance) will continue. In addition, vacation and sick pay benefits will continue to accrue.

39

Prior to returning to work after a medical disability absence, you must submit certification from your health care provider, through our third party administrator, stating that you have recovered sufficiently to perform your normal job duties. Upon return to work, when possible or required by law, you will resume the position you held when leave began or will be assigned to an equivalent position with equivalent benefits, pay and other terms and conditions of employment.

If you return to work after receiving benefits under this plan, and subsequently become disabled from the same or related causes within 12 months, the disability benefits will recommence immediately if any remain unused.

## MEDICAL DISABILITY ABSENCE NOT COVERED BY FMLA OR SHORT TERM DISABILITY

You can continue Choice Plus Plan coverage and employee charge and discount privileges during an approved extended absence from work for medical reasons. To continue your benefits, you must make medical, dental and supplemental life premium payments to the Benefits department in advance each month. Employee Charge payments must be made directly to Accounts Receivable each month.

Also, if you are a BEST Plan participant, the Company may make matching contributions for the period from the end of the previous fiscal year to the beginning of your disability period, as long as you are employed as of the end of the current fiscal year.

Vacation and sick time do not continue to accrue. Any receipt of holiday pay will also be suspended.

No employee who is out on any type of medical leave, including FMLA, Worker's Compensation and short-term disability, may work in another capacity with any other employer (or as state law requires).

## FUNERAL/BEREAVEMENT PAY

Bereavement time off is to allow employees to make arrangements for and attend funeral services of family members. If you have completed your orientation period and a member of your family should die, you are eligible to receive:

- Up to five consecutive days off for the death of a parent, stepparent, spouse, child or stepchild. The Company will pay for any scheduled work days falling within these five days.
- Up to three consecutive days off for the death of a grandchild, grandparent, grandparent-in-law, father-in-law, mother-in-law, son-in-law, daughter-in-law, sister, sister-in-law, brother or brother-in-law. The Company will pay for any scheduled work days falling within these three days.

If you have not completed your orientation period, you may take days off without pay according to the above schedule.

Bereavement absences must be taken within 21 days following the death of a family member. The Company may request proof of death upon return to work.

## MILITARY LEAVE

Leaves of absence without pay for military or Reserve duty are granted to full-time regular and part-time regular employees. If you are called to active military duty or Reserve or National Guard training, or if you volunteer for the same, you should notify your supervisor and submit copies of your military orders to him or her as soon as it is practical. If possible, you must provide the Company with 30 days advance notice of military leave when the leave is foreseeable. You will be granted a military leave of absence without pay for the period of military service in accordance with applicable federal and state laws. If you are a Reservist, or a member of the National Guard, you will be granted time off without pay for required military training if you are a part-time or full-time employee.

Your vacation and sick time accrual will be suspended during your military leave of absence. Your vacation and sick time accrual will resume upon your return to active employment with the Company. Any receipt of holiday pay will also be suspended during this period of leave.

If you participate in the Choice Plus Plan (medical, dental, and/or life insurance), you are able to continue your coverage under the Group plan during the duration of your military leave of absence provided that you continue to pay the employee portion of your premiums for coverage.

41

If you are a BEST Plan participant, you are able to make "catch-up" contributions to your BEST Plan upon your return to work. If you elect to make catch-up contributions to your BEST Plan, the Company will also make catch up contribu-tions to your account. The contributions you will receive will be the same amounts that you would have received had you remained continuously employed.

Your eligibility for reinstatement after your military duty or training is completed is determined in accordance with applicable federal and state laws.

## CHOICE PLUS PLAN

Comprehensive medical insurance, dental insurance and life insurance plans are available to you through Choice Plus when you become eligible. These plans are designed to provide some level of protection to you and your family from the financial burdens caused by injury, illness or death.

If you are a full-time employee, you are eligible for Choice Plus on the first of the month after you have completed your 90-day orientation period. If your status changes to full-time sometime following your 90-day orientation period, you will become eligible for the Choice Plus Plan benefits on the first of the following month. Choice Plus provides you the opportunity to purchase medical insurance, dental insurance and life insurance through payroll deduction. Premium expenses are partially subsidized by the Company, depending on the type of coverage.

If you are a full-time employee, prior to the first of the month following your 90 day orientation period, or your status changes to full-time, you will receive a Choice Plus packet from the Benefits department. Separate legal documents specify all rules governing coverage under each plan and are available from the Company's Benefits department. If you have any questions regarding coverage, check with the Benefits department and/or check the legal documents provided in your insurance package.

### Medical Insurance Options

As a full-time employee, three medical insurance plans are available based on the provider area:

- The HMO plan.
- A high-option PPO plan with a high level of benefits.
- A less expensive, low-option PPO plan with a lower level of benefits.

The types of coverage offered include: employee-only coverage, employee and spouse coverage, employee and child(ren), and family coverage.

Continuation of benefits is offered under COBRA (the Consolidated Omnibus Reconciliation Act of 1986). COBRA provides that the covered employees, their covered spouses and covered dependent children may continue their coverage in the Company's group health plans under specific circumstances which would otherwise cause a loss of coverage, such as: resignation or termination of the covered employee, change of employment status, the death of the covered employee, the divorce or legal separation of the covered employee from his or her spouse, the covered employee becoming eligible for Medicare, or a child ceasing to be a "dependent" under the provisions of the plan. In certain instances, Company retirees and their spouses and dependent children who would face a loss of coverage or a substantial elimination of coverage as a result of certain bankruptcy proceedings may also be entitled to elect continued coverage.

The Company will provide you with a more detailed statement of your COBRA rights after you elect health coverage and again at the time of any qualifying event that would result in the loss of coverage. However, in order to insure that no loss of coverage occurs when election rights are available, it is your responsibility to notify the Company's Benefits department of a divorce, legal separation or a child losing "dependent" status within 60 days of the event. Failure to do so may result in a loss of coverage.

### Dental Insurance Options

As a full-time employee, two plans are available:

- A high-option PPO plan with a high level of benefits.
- A less expensive, low-option PPO plan with a lower level of benefits.

The types of coverage offered include: employee only, employee plus one and family coverage.

### Life Insurance Options

As a full-time employee, the Company provides basic term life insurance and accidental death and dismemberment (AD&D) coverage at no cost to you. You may also elect to purchase the following three types of term life insurance up to specified amounts: 1.) additional insurance on yourself, 2.)

insurance on your spouse, and 3.) insurance on your dependent children. If you elect this last option, all of your dependent children are automatically covered under one policy for the amount of coverage you choose. Your policies can be converted to individual policies if you leave the Company.

# EMPLOYEE ASSISTANCE PROGRAM

Our fast paced society has a direct effect on how we function at home and on the job. Most people experience personal problems at one time or another during their life. The Company provides an Employee Assistance Program (EAP), which is a confidential service available to you and members of your immediate family. Its role is to help you cope with personal concerns and serve as a resource in locating further assistance when needed. Assistance services include, but are not limited to, marital and family concerns, financial problems, alcohol/drug use, stress management, coping with grief or loss, parent/child conflicts, depression and workplace problems. The EAP program is available to all employees and is paid for in full by the Company.

The plan is very easy to use. By calling the toll free number of Corporate Care Works (our employee assistance program provider), a telephone counselor will answer any questions you have, assist you with a problem and/or refer you to a local licensed counselor for a face to face evaluation. Everything discussed with Corporate Care Works and/or the licensed counselor will remain absolutely confidential. The 24-hour toll-free number is 1-800-327-9757.

# EMPLOYEE DISCOUNTS

Upon hire, you and your spouse are immediately eligible for employee discounts at Company stores. You will receive an employee discount card. It is your responsibility to abide by the rules of the discount policy. Abuse of this policy will lead to disciplinary action, up to and including termination.

A 20 percent employee discount may be applied to all merchandise, including merchandise that is regularly priced, promotionally priced or permanently marked down.

You may not receive certain special discounts including, but not limited to, Frequent Shopper, Monday Club, Senior Sales and other similar discounts in addition to your employee discount.

Employees and their legally recognized spouses must show their discount card for all transactions (even if a discount is not taken). The discount card and benefit are not transferable to anyone including family members. Employees and their spouses may be required to show proof of identity for all transactions. If you receive an employee discount on a purchase, you **may not receive reimbursement** of any kind for that purchase.

If you make purchases by phone order, Internet, in store kiosk or through the BOSS system, your employee discount will not be given at point of sale. Employees who desire to make purchases via one of the above methods can receive their discount by sending the original receipt to Beall's Inc., Post Office Box 25207, Bradenton, FL 34206, Attn: Sales Audit (Employee Discount Reimbursement). Upon review of the original sales receipt, a 20 percent adjustment will be credited to the credit card used on the original purchase or a check will be processed for the credit amount and the validated receipt will be returned with the check or credit. It is recommended that employees keep a copy of their receipt. Requests for reimbursement must be received within 60 days from the date of purchase. Please allow 30 days for processing. Adjustments will only be made for current employees. All reimbursements are subject to eligibility verification. All special promotional discounts are excluded from this reimbursement.

You may not receive your employee discount when purchasing gift certificates. However, you may receive your discount on merchandise you purchase with gift certificates.

As with any purchase, your employee purchases may be returned, but the return must equal the purchase price (i.e., you cannot return merchandise for full price when it was purchased with a discount). You must show a receipt with all returns and exchanges. To comply with this requirement, employees and their spouses should keep their receipts for all transactions. Any exceptions must be approved by management.

If your employment is terminated, voluntarily or involuntarily, your manager will obtain and destroy your employee discount card(s). You will no longer be eligible for your discount regardless of whether or not your card is returned.

## EMPLOYEE CHARGE ACCOUNT

If you work full time or part time, you will be eligible to apply for an employee charge account after 90 days of employment. No finance charges are applied to employee charge accounts as long as the account remains in good standing and payment is received through payroll deduction. Beall's charge cards are accepted only in the state of Florida.

To apply, complete and submit an employee charge application to the Credit department. Applications are available from the Credit department or your manager.

Generally, your credit limit will be approximately one weeks' earnings after taxes if you are eligible and have been employed less than two years. Your limit will be approximately two weeks' earnings after taxes if you have been employed two years or longer. Requests for credit limit increases should be submitted in writing and are subject to approval by your immediate supervisor before they are sent to New Accounts in the Credit department.

A deduction of $10.00 or 10 percent of your balance (whichever is greater) will be made from your pay each pay period to pay for your purchases. For Distribution Center employees the deduction is $5.00 or 5 percent of the balance (whichever is greater). However, any time your account exceeds the credit limit, the regular 10 percent deduction and the amount over the limit will be deducted from your paycheck.

If your employment status changes to "on-call", you are no longer eligible for an employee charge account and must pay the account in full.

If your employment is terminated (voluntarily or involuntarily), your Company charge account must be paid in full before you receive your final paycheck. The Company may withhold any final pay upon termination of employment to satisfy your employee charge account.

If the charge account balance is larger than the last paycheck, the extra amount will be billed in accordance with the terms of the credit agreement.

## RETIREMENT BENEFITS

The Company provides certain benefits to eligible employees who retire from the Company based on length of service, age and employment status at

the time of retirement. See your manager for a more detailed listing of benefits.

# BEALL'S EMPLOYEES' SAVINGS TRUST (BEST PLAN)

The Company recognizes the key role you play in making the Company profitable and is committed to providing you with the opportunity to save for your future.

You will be eligible for Beall's Employees' Savings Trust (BEST), our 401K plan, on the next specified entry date after you have completed 90 days of employment with the Company. BEST provides you the opportunity to:

- Save part of your earnings on a pre-tax basis through payroll deduction.
- Invest your payroll savings in any or all of several investment options.
- Share in the Company profits by receiving discretionary Company contributions to your plan.

Participation in the plan may continue until employment with the Company terminates for any reason.

# COLLEGE TUITION REIMBURSEMENT PLAN

The Company will reimburse you 100 percent of reimbursable expenses, up to $2,000 per calendar year (with a cap of $8,000) for an undergraduate degree, including in-state tuition, books and certain fees at a state-regulated university, junior college or community college. Your program or course of study must be business oriented and job related and must apply to your current or future work at the Company. You must maintain a grade point average of 2.0 or better (out of 4.0 or its equivalent).

To be eligible for the plan, you must:

1) Have been continuously employed at the Company for at least six months and be a full-time employee at the time of program application.

2) Be an employee in good standing with no written counseling within the last year, unless otherwise approved by the Officer in charge of the division.

3) Be employed full time at the time of registration, during and at completion of the course(s) for which tuition assistance is requested and at the time reimbursement is requested.

47

Reimbursement may also be available for non-traditional educational programs based on position. Participants must have the approval of the President of the subsidiary.

If you are interested, you must apply and be approved for the college tuition reimbursement program before registering for classes with the school. For more information, see your manager or contact the Benefits department.

# SCHOLARSHIPS

The R. M. Beall, Sr. Charitable Foundation was established in 1987 in honor of R. M. Beall, Sr., the founder of Beall's Department Stores, with the goal of supporting youth and education in Florida. In addition to other activities, the Foundation offers a number of college scholarships to qualified dependents of full-time employees. For more information, see your manager or contact the Scholarship Administrator.

# SERVICE AWARDS

As you complete each year of service, you will receive a service pin from your manager showing the number of years you have been employed.

A service award may be available after you have been with the Company in a full-time, part-time or on-call status for five consecutive years at the close of the fiscal year on July 31. You must have worked 500 hours or more during the previous fiscal year to be eligible. Each year, the Executive Officers decide, based on Company profits and other business factors, whether the service awards will be given.

### 25 Years of Service

The Company will pay non-management employees with more than 25 years of service up to $2,000 toward a cruise or a trip. If you become eligible, you may prefer a cruise or trip that costs less than $2,000. The Company may then pay for the cruise or trip and give you cash equal to half the difference between $2,000 and the cost of your chosen trip or cruise. For example, if you prefer a trip which costs $1,500, the Company will pay for the trip and then give you $250 cash.

If you prefer not to take a cruise or trip, the Company may provide you with one-half the award in cash.

The Company may give full-time salaried employees a one time additional week of vacation upon completion of 25 consecutive years of service.

### Christmas Gift Certificates

The Company may give an annual discretionary Christmas gift certificate as a special award for employees who have worked 500 hours or more throughout the calendar year. You must have two full years of service as of December 1 to be eligible for the gift certificate. Each year, based on Company profits and other business factors, the Executive Officers decide whether the certificates will be given and the amount.

# INDEX

## A

Absence ............................................................................................ 17, 20-21, 37
Abuse, Substance ........................................................................... 12-13, 16
Accessibility of Stores ............................................................................. 30
Accident, Prevention & Reporting ......................................................... 30
Alcoholic Beverages ...................................................................... 12-13, 16
Arrest ...................................................................................................... 13, 17
Attendance ....................................................................................... 17, 20-21, 37
Awards, Service ...................................................................................... 48-49

## B

Badges ...................................................................................................... 26
Benefits ................................................................................................. 31-49
Benefits, Retirement ........................................................................... 46-47
Benefits Summary .................................................................................. 32
BEST Plan ......................................................................................... 42, 47
Borrowing Company Funds ................................................................... 17
Breaks ..................................................................................................... 21
Business Records ................................................................................... 15

## C

Charge, Employee Account .................................................................... 46
Checks, Writing Bad Checks ................................................................. 17
Choice Plus Plan ............................................................................... 42-43
Christmas
        Gift Certificates ........................................................................... 49
        Day ......................................................................................... 35-36
Cell Phones ............................................................................................ 25
Classifications, Employment ................................................................. 18
Clocking In & Out ............................................................................ 19-20
COBRA .................................................................................................. 43
Code of Ethics ................................................................................. 6, 7-17
College
        Scholarship ................................................................................... 48
        Tuition Reimbursement Plan ................................................. 47-48
Company Property, Use of ............................................................. 13-14, 17
Company Resources, Use of ............................................................ 13, 16-17

Conduct ................................................................................ 9, 16-17
Confidential Information ........................................................ 17
Conflict of Interest ............................................................... 14
Conflict Resolution ............................................................... 10
Convictions ...................................................................... 13, 17
Corporate Disclosure ......................................................... 15-16

## D
Debts, Repayment to Company .............................................. 17
Dental Insurance .............................................................. 42-43
Direct Deposit ................................................................. 22, 23
Disability
    Absence ................................................................... 37-40
    Benefits ................................................................... 37-40
    Pay ......................................................................... 39-40
    Return to Work ......................................................... 38, 40
    Short-Term Disability Pay ........................................... 39-40
Discount, Employee ..................................................... 17, 44-45
Discrimination ................................................................... 8-10
Dismissal ............................................................................ 27
Distribution of Literature ................................................ 11-12
Dress Code ......................................................................... 26
Drugs ........................................................................ 12-13, 16
Duty, Military ................................................................. 41-42

## E
EAP .................................................................................... 44
Easter ................................................................................ 35
Emergency ................................................................... 29, 30
Employee
    Assistance Program ..................................................... 44
    Charge Accounts ........................................................ 46
    Conduct .............................................................. 13, 16-17
    Discounts ........................................................... 17, 44-45
    Dress Code ................................................................ 26
    Handbook .................................................................... 6
    Purchases ........................................................... 17, 44-45
    Record ....................................................................... 24
    Savings Trust, Beall's ............................................. 42, 47
    Transfers .................................................................... 24

Employment
    Classifications ........................................................................ 18
    Outside the Company ........................................................... 14
    Policies ............................................................................ 18-30
    Relatives ............................................................................... 15
    Termination of .................................................................. 26-28
Ethics, Code of ................................................................ 6, 7-17

**F**

Family Medical Leave Act (FMLA) ...................................... 37-38
Fighting ............................................................................. 10, 17
Financial Records ................................................................... 15
Firearms ........................................................................... 10, 17
Floating Holiday ..................................................................... 35
Fraternization ................................................................... 12, 15
Funeral Pay ...................................................................... 40-41

**G**

Gambling ................................................................................ 16
Gifts & Gratuities .................................................................... 15
Gift Certificates, Christmas .................................................... 49

**H**

Handbook ................................................................................. 6
Harassment ..................................................................... 8-10, 17
History ..................................................................................... 5
Holiday Pay ....................................................................... 35-36
Hours, Work ............................................................... 18-19, 27

**I**

Incarceration .......................................................................... 17
Independence Day ............................................................. 35-36
Inspection .................................................................. 13, 17, 28-29
Insubordination ...................................................................... 16
Insurance
    Choice Plus .................................................................... 42-43
    Dental ................................................................................. 43
    Life .................................................................................... 43
    Medical .......................................................................... 43-44
Investigation, Failure to Cooperate ........................................ 17

## L

Labor Day .................................................................................. 35-36
Leave. *Family Medical Leave Absence (FMLA)* ......................... 37-38
Leave. Military ........................................................................... 41-42
Life Insurance ............................................................................ 43-44
Lockers ...................................................................................... 25-26
Loss Prevention ............................................................................. 28

## M

Maternity Leave. See Family Medical Leave Absence (FMLA) ......... 37-38
Meal Periods ................................................................................... 21
Medical
    Disability Absence ............................................................... 39-40
    Insurance ................................................................. 38, 40, 42-43
    Leave. *Family Medical Leave Absence (FMLA)* ................... 37-38
Memorial Day ............................................................................. 35-36
Merchandise Discounts ................................................................ 44-45
Military Leave ............................................................................ 41-42
Missed Work Time ...................................................................... 20-21

## N

Name Badges .................................................................................. 26
New Year's Day ............................................................................ 35-36
No Distribution/No Solicitation ........................................................ 11
Non-Union Status ............................................................................ 11

## O

Orientation Period ..................................................... 23, 36, 40, 42
Overtime ................................................................................. 19, 36

## P

Parking ............................................................................................. 22
Pay
    Disability .......................................................................... 39-40
    Funeral ............................................................................. 40-41
    Holiday ............................................................................. 35-36
    Sick .................................................................................. 36-37
    Your Pay ........................................................................... 22-23
    Termination ....................................................................... 26-27
Performance Appraisal ...................................................................... 23

Personal
    Business ........................................................................... 25
    Lockers ......................................................................... 25-26
    Phone Calls ...................................................................... 25
Policy
    Employment .................................................................. 18-30
    Violations ...................................................................... 16-17
Prevention, Loss ..................................................................... 28
Purchases
    Employee .......................................................... 17, 26, 44-46
    Relatives ..................................................................... 17, 45

**R**
Record
    Business & Financial ............................................................. 15
    Employee (Personnel) ........................................................... 24
    Falsification ....................................................................... 17
    Of Time Worked .............................................................. 19-20
Rehire ............................................................................... 27-28
Relatives
    Conflict of Interest .............................................................. 14
    Employment of ................................................................... 15
Purchases ................................................................... 17, 25, 45
Reporting Accidents ................................................................ 30
Resignation ................................................... 21, 26-27, 45
Resolution, Conflict ............................................................. 10-11
Rest Periods .......................................................................... 21
Retirement Benefits ............................................................. 46-47

**S**
Safety ................................................................................. 29
Schedule, Work ....................................................... 17, 18-21
Scholarship Program ................................................................ 48
Security ........................................................................... 28-29
Service Awards .................................................................. 48-49
Sexual Harassment ......................................................... 8-10, 17
Shoplifting ............................................................................ 28
Short-Term Disability ........................................................... 39-40
Shrinkage Control ................................................................... 28
Shrink Alert Messenger (SAM) ................................................... 29

Sick Pay ........................................................................................... 36-37
Smoking ........................................................................................... 21, 22
Solicitation ....................................................................................... 11-12
Substance Abuse .............................................................................. 12-13, 17

## T
Tardiness .......................................................................................... 17, 20-21
Tax, Income ...................................................................................... 23
Telephone Calls ................................................................................ 25
Termination of Employment ............................................................ 16-17, 26-28
Thanksgiving Day ............................................................................ 35-36
Theft ................................................................................................. 17, 29
Time, Recording ............................................................................... 19-20
Transfers, Employee ........................................................................ 24
Trust Plan, BEST ............................................................................. 47
Tuition, College ............................................................................... 47-48

## U
Unacceptable Conduct ..................................................................... 16-17
Union (Non-Union Status) ............................................................... 11
Use of Company Property ................................................................ 13-14, 17

## V
Vacation ........................................................................................... 33-35
        Accrual ................................................................................... 33
        Approval ................................................................................. 34
        Mandatory Use ....................................................................... 34
        Payout .................................................................................... 34-35
Violations, Policy ............................................................................ 7, 16-17
Violence ........................................................................................... 10, 17

## W
Weapons ........................................................................................... 10, 17
Welcome ........................................................................................... 1
Work Hours ...................................................................................... 18-19
Workplace Violence ......................................................................... 10, 17