# BYRD DEPOSITION

# EXHIBIT 19

August 26, 2004

Beall's Inc  
P.O. Box 25207  
Bradenton, FL 34206

Re: Mrs. Leslyn A. Byrd  
P.O. Box 2047  
*Andalusia, AL 36420*  
*Tele No: 334-388-4168*

Dear Mr. Bob Beall:

I write to inform you of my work experience with Burke's Outlet Stores. Prior to my termination on July 22nd. Other employees did not work as hard and productively as I did. Yet they were rewarded in terms of pay and promotion more than I was. Without exception, the advantaged persons were white.

### HISTORY

On February 2, 2000, I commenced employment with Burke's as a supervisor. In November 2000, I was promoted to manager. Thereafter, the mistreatment started. The following is a summary of disparate and discriminatory treatment I was subjected to:

a. Compelled to work with Group Manager, Margaret Rountree, who took instructions from another manager who had resigned for selfish reasons;

b. Failure of senior management to respond to my complaint about the unusual arrangement of Group Manager reporting and consulting with a resigned manager;

c. Intentional failure of Burke's to provide me with requisite training for supervisory positions;

d. Management's insensitivity to my long work hours and demanding duties which resulted in a anxiety attack:



EXHIBIT 19

106  
Burke's Outlet

e. Biased and subjective performance appraisals;

f. Conduct by Margaret Rountree designed to foment disrespect and discord among employees thereby interfering with my supervising duties;

g. Failing to reprimand Beverly Armstrong in face of her insubordination and unproductivity;

h. Paying Beverly Armstrong at a higher rate because she is white though her work performance was wanting;

i. Margaret Rountree's imposition of long hours on me, and her repeated failure to give time off to attend to important family matters; and

j. The failure of Margaret Rountree to address operational problems that contributed to my unfair treatment, and their apparent encouragement of such behavior.

## CONCLUSION

The following constitutes a pattern of discrimination based on race, national origin and sex carried out by Burke's employees and senior management.

Based on my experience, I maintain that other non-majority persons have suffered similar fates.

Thank you.

Very truly yours.

Juolyn Byrd

107
Burke's Outlet

# Beall's, Inc.
LOSS PREVENTION
1806 38th Ave. E (ZIP 34208)
PO 25207 (ZIP 34206)
Bradenton FL

☎ (941) 744-4589
fax (941) 750-8112
email: dand@beallsinc.com

DATE: 8/31/04 TIME: _____

Page 1 of 3 pages
including cover page

## TELEFAX

**FROM**

Sender: _Dan Doyle_

Extension #: _____

Return?  ☐ Yes  ☐ No

**DELIVER TO:**

Fax #: _____

Name: _Kevin Johnson_

Firm: _T, S & G._

Dept.: _____

Phone #: _____

## MESSAGE

re: Leslyn Byrd

108
**Burke's Outlet**

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited.