BYRD DEPOSITION

EXHIBIT 14



December 18, 2000

Leslyn Byrd
Store Manager
Andalusia, AL Outlet #347

Dear Leslyn,

Congratulations! This letter confirms that effective November 26, 2000 you were promoted from Supervisor to Store Manager and assigned to our Andalusia Outlet #347. This will be your *base* store for payroll purposes as well as your *contact* store for mail and messages.

Your salary is now $19,000, effective November 26, 2000.

You will report directly to Margaret Rountree, Group Manager. I am your Regional Director of Stores and Chris Collins is your V.P. of Operations. If you have any questions, please call me at ext. 754 or Margaret at ext. 756 or Chris at ext. 677.

Sincerely,

Burke's Outlet Stores, Inc.

Sheila Mallett/cw
Sheila Mallett
Regional Director of Stores

cc: P. Galizia, C. Collins, Regional Directors, Payroll, D. Burton, J. Fitch



P.O. Box 25207
Bradenton, Florida
1206-5207

38th Ave. East
Bradenton, Florida
1208
FF (941) 747-2355
FX (941) 747-5741

EXHIBIT 14

04
Burke's Outlet

# APPLICATION FOR EMPLOYMENT
This application is to be used for all hourly positions.

Date: 2 / 9 / 00

## BURKE'S Outlet
### An Equal Employment Opportunity Employer

The entire application must be completed at the time application is made. Please print in ink; do not type.
Do not leave any blank spaces. Indicate N/A if not applicable.

## PERSONAL INFORMATION

Name in full: BYRD Leslyn Anita Nurse
(Last) (First) (Middle) (Other name(s) used if needed to check references)

Home address: P.O. Box 2047 Andalusia, AL 36420 (334) 388-4168
(Street and number) (City, state and zip code) (Home telephone number)

Desired wage: _____ /hour   Date available for work: 2/9/00   Social Security Number: 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

For which position are you applying? CASHIER - SUPERVISOR

How did you learn of it? employment office

MAR - 1 2000

When Available
Days: ☑ Saturday ☑ Sunday ☑ Monday ☑ Tuesday ☑ Wednesday ☑ Thursday ☑ Friday
Hours: open-closed open-closed open-closed open-closed open-closed open-closed open-closed

Do you prefer to work: ☑ Full-time ☐ Part-time ☐ Temporary   What hours do you prefer? open - closed

Have you ever worked for Burke's Outlet or Beall's, Inc. of Florida or its affiliates? ☐ Yes ☑ No   If so, when and where? _____

Name any relative(s) who work at this location (Include anyone who lives in the same household.)
_____ Other Location: _____

Are you at least 16 years old? ☑ Yes ☐ No
If applying for a position in the Distribution Center, are you at least 18 years old? ☑ Yes ☐ No

## EDUCATION: Education or training which you believe qualifies you for this position.

| Name and Location | From Mo./Yr. | To Mo./Yr. | Course of Study | Graduate Yes/No | Specify Degree | G.P.A. (out of 4.0) |
|---|---|---|---|---|---|---|
| High School: International College of Caracas | 9/84 | 6/88 | Basic study | ✓ | Diploma | 3.0 |
| Trade School / Technical: Lurleen B. Wallace State Jr College Andalusia, AL | 9/88 | 6/90 | General Study | ✓ | A.A. & A.S. | 2.95 |
| College: Concordia College Selma, AL | 9/90 | 8/91 | Child Psychology | ✓ | | 4.0 |
| Other: | | | | | | |

05
Burke's Outlet

R 05.10a 05/99   Page 1 of 4   Beall's Group of Companies

## MISCELLANEOUS INFORMATION

Have you ever been placed on probation, fined, entered a pretrial intervention program, been convicted, pled no contest or had adjudication withheld by any court, judicial or quasi-judicial body for a felony or misdemeanor? (Do not include traffic violations)  ☐ Yes  ☒ No  If your answer is "Yes", please explain details and indicate when, where and disposition of case. (Answering "Yes" does not necessarily constitute an automatic bar to employment.)

_____
_____
_____
_____
_____

Complete the following driving information only if applying for a driving position or one which may require driving on Company business.

| Yes | No | N/A | |
|---|---|---|---|
|  |  |  | Do you have a valid driver's license?  State: _____ #: _____ |
|  |  |  | Chauffeur's license? |
|  |  |  | Has your driver's license ever been suspended or revoked? |
|  |  |  | Do you have auto insurance? |
|  |  |  | Has your auto insurance ever been canceled or renewal refused? |
|  |  |  | Have you been convicted of a traffic violation within the last three years? |

If your answer is "Yes", explain details and indicate when, where and disposition of case. (Answering "Yes" does not necessarily constitute an automatic bar to employment.)

_____
_____
_____
_____

List any other specific skills, education, types of experience or qualifications related to the position for which you are applying which you would like Burke's to consider.

I have experience in Sales, Customer Service, and Managing a Clothing Store.

06
**Burke's Outlet**

Indicate briefly why you would like to work for Burke's.

Because I'm a Good Sales person, I'm a people's person I love to give good Customer Service.

Note:   All offers of employment are contingent on the applicant's producing proper documents showing eligibility to work in the United States.

# EMPLOYMENT HISTORY

Account for the last five years beginning with your most recent employment. All time must be accounted for.
List each company's name, address, and telephone number (including area code).
Burke's has the right to contact your employers. May we contact your current employer? ☒ Yes ☐ No

| Company Name | Food etc. | Company Address | 1220 E. Hwy 84 Bypass Andalusia, AL 36420 | Type of Business | Bakery |
|---|---|---|---|---|---|
| Phone Number | (334) 222-2431 | | | Supervisor | Richard Sterling |
| Position Title | Quality Control | Duties Performed | Data Entry | | |
| Employed From 8-99 To 12-99 | Hourly Wage Start 7.00 per hr End 7.00 per hr | Reason for Leaving | Layoff | | |
| | | What did you like least about this job? | Maintaining the records on how many and what is being prod... | | |

| Company Name | Unlimited Fashions | Company Address | 170 Covington Mall Andalusia, AL 36420 | Type of Business | Clothing Store |
|---|---|---|---|---|---|
| Phone Number | (334) 388-4168 | | | Supervisor | Leslyn Byrd |
| Position Title | Manager | Duties Performed | Ordered Merchandise, Maintained Records | | |
| Employed From 10-96 To 8-98 | Hourly Wage Start 300 per wk End same | Reason for Leaving | Business closed | | |
| | | What did you like least about this job? | Serving the customer with their needs | | |

| Company Name | Polyfelt Americas | Company Address | 200 Miller Dr Evergreen, AL 36401 | Type of Business | Polyfelt Plant |
|---|---|---|---|---|---|
| Phone Number | (334) 578-4756 | | | Supervisor | Mack Stevenson |
| Position Title | Customer Service Rep. | Duties Performed | Customer Service | | |
| Employed From 5-94 To 10-94 | Hourly Wage Start 300 per wk End same | Reason for Leaving | Job relocate to Atlanta | | |
| | | What did you like least about this job? | Servicing the Customers | | |

| Company Name | Heilig Meyers | Company Address | 308 W Bypass Andalusia, AL 36420 | Type of Business | Furniture Store |
|---|---|---|---|---|---|
| Phone Number | (334) 222-7575 | | | Supervisor | Chris Hawkins |
| Position Title | Sales Associate | Duties Performed | Service Customer and Sold Merchandise | | |
| Employed From 1993 To 1995 | Hourly Wage Start Min plus comm End comm | Reason for Leaving | To open my own Business | | |
| | | What did you like least about this job? | Customer Service | | |

| Company Name | Concordia College | Company Address | 1804 Green Street Selma Alabama | Type of Business | School |
|---|---|---|---|---|---|
| Phone Number | (334) 874-5703 | | | Supervisor | Mrs. Smiley |
| Position Title | Business office | Duties Performed | Answered the telephone, Calculate work-study | | |
| Employed From 1990 To 1991 | Hourly Wage Min | Reason for Leaving | Moved | | |
| | | What did you like least about this job? | Helping the Students | | |

| Company Name | Lurleen B. Wallace State Jr. College | Company Address | P.O. Box 1418 Andalusia, AL 36420 | Type of Business | School |
|---|---|---|---|---|---|
| Phone Number | (334) 222-6591 | | | Supervisor | Vickie Popwell |
| Position Title | Public Relation | Duties Performed | Created Newsletters, banner, flyers | | |
| Employed From 1988 To 1990 | Hourly Wage Min | Reason for Leaving | Graduated | | |
| | | What did you like least about this job? | Public Relations | | |

07
**Burke's Outlet**

Attach an additional sheet if you need more space for explanation or listing of employers.

Have you ever been discharged or asked to resign from employment? ☐ Yes ☒ No   If "Yes", please explain.

## APPLICANT STATEMENT

I understand that, if hired, I will be placed on a 90-day probationary period. I further understand that if I am terminated for unsatisfactory work performance within the 90-day probationary period, the employer's unemployment account may not be charged for any unemployment benefits paid to me.

I understand and agree that all policies and procedures of Burke's may be modified, amended, or deleted by the employer with or without notice to me of such amendment, modification or deletion; that the policies and procedures whether oral or written are to be advisory only, and are not to be interpreted as a contract of employment or to give me any right of continued employment; and that my employment may be terminated at the will of either myself or the Company with or without cause and with or without notice by either party. I also understand any other arrangements, agreements, or understandings regarding the term of employment are hereby cancelled and superseded, and that no amendment or exception to this statement is valid unless in writing and signed by a corporate officer.

I am aware that this is a smoke-free workplace. I am also aware that smoking within the building is a violation of Company policy.

I understand that if I am employed by Burke's, that in the future some potential employer may contact Burke's concerning my work record, skills, work ethics, performance and character while at Burke's. I hereby consent to and authorize persons employed by Burke's to divulge any and all information they consider to be relevant to any person representing themselves to be an employer of mine or a potential employer of mine with respect to my work record, skills, work ethics, performance and character while at Burke's.

I understand that Burke's conducts its business with the highest possible degree of safety and efficiency. Because of this, Burke's may require applicants who are offered a position to undergo blood/urine screening for drugs and alcohol as part of the Company's pre-placement requirements. In addition, employees may be subject to a drug/urine screen for drug or alcohol abuse when required by the Company. All applicants who are requested to be screened as a condition of employment or continued employment must have negative results.

Burke's or Beall's, Inc. of Florida or its affiliates may make pre-employment or post-employment investigations of my credit history by obtaining credit reports from credit bureaus and others who may properly receive and report this information.

I am aware that the Employee Polygraph Protection Act provides Burke's the right to give a polygraph test to employees who are reasonably suspected of involvement in theft or embezzlement which results in economic loss to Burke's and who meet other criteria specified by the Act.

I certify that all information given by me on this employment application, related employment papers, and in oral interviews is true and correct. I hereby authorize Burke's to obtain and also authorize and request former employers and persons, firms, and corporations to answer all questions that may be asked, and give all information that may be sought in connection with this application or concerning me and my work record, skills, work ethics, performance, character, and my actions in any transaction.

I authorize Burke's or Beall's, Inc. of Florida or its affiliates to make an investigation into my employment and personal history. I understand that falsification or omission of any information on this application or any information given by me or pertinent information discovered by the Company from others, may be a basis to reject my application and if discovered after my hire, may subject me to immediate dismissal. If I am hired, I will conform to the rules and regulations of the Company.

Applicant's Signature: _____  Date: 2-9-2000

**TO BE COMPLETED BY MANAGER**

08
Burke's Outlet

Date: 2/14/2000    Hired at: $6.25 /hour    Start Date: 2/14/200

Manager's Signature: _____    Store Number: 342

HR 05.10a 05/99                Page 4 of 4                Beall's Group of Companies

☑ New Hire
☐ Rehire
☐ * Change of Information

**Beall's Group of Companies**
## Updated Records

Store Number: 342
Employee #: 115164

### To Be Completed By Employee: (Please Print)

First Name: Keslyn   Middle Initial: A.   Last Name: Byrd
Address: P.O. Box 2047
City, State, Zip: Andalusia, AL 36420   Social Security: 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
Marital Status: M   Spouse Name: Willie Byrd Jr
Home Telephone: (334) 388-4168   Birth Date: 11/12/69   Sex: F
High School Graduate? (Yes) No   College Graduate? (Yes) No
Degree 1: Associate of Arts   Degree 2: Associate of Science
Do you have a relative in the company? Yes (No)
Emergency Contact Name: Willie Byrd   Telephone: (334) 222-1103 (w)
Address: P.O. Box 2047
City, State Zip: Andalusia, AL 36420

The following race/ethnic information is collected for EEO reporting requirements only. Your response is **strictly voluntary**.

☐ W  White         ☐ A  Asian or Pacific Islander
☑ B  Black         ☐ I  American Indian or Alaskan Native
☐ H  Hispanic

Employee Signature: Keslyn Byrd   Date: 2-14-00

### Change of Information: (Please include former information above)

* Name Change (if applicable) _____
* Address Change (if applicable) _____
* Telephone Number Change (if applicable) ( ) _____
* Marital Status Change (if applicable) _____ Spouse Name _____
* Emergency Contact Name: _____ Telephone ( ) _____
  Address _____
  City, State, Zip _____

09
**Burke's Outlet**

### To Be Completed By Manager: (Please Print)

Job Title: Supervisor   Pay Rate: 6.25   Hire Date: 2/14/00

Status Code:
X 1 Full Time
__ 2 Part Time
__ 3 Temporary

**Beall's Outlet** (all positions)
Division Code 510

Beall's Department Stores Division/Area Code:
R  510/101 Gen. Sales            ___ 521/901 Office
   511/101 Acc/Ling/Dress Sales  ___ 522/901 Store Maintenance
   512/201 Ms/Wom/Pet Sales      ___ 523/901 Alterations
   513/301 Jrs/Children Sales    ___ 524/901 Stockroom
   514/401 Mens/YMns/Linen Sales ___ 525/901 Gift wrap
   515/101 Cashiering            ___ 536/901 Non-Sell Training
   516/101 POS/Sales Training    ___ 530/901 Loss Prevention
   520/901 Store Non-Selling     ___ 540/901 Visual

Witnessed by (Manager's Signature): V.V.L.   Date: 2/14/00

For new hire data:  When network entry is complete, initial here ____
Write new employee number in upper right corner of form.
Attach all new hire paperwork.

Please send one copy to the Payroll Department; Keep a second copy in the Employee's Store Personnel File.

NH 30.05   07/99                                    Beall's Group of Companies

# Form W-4 (1999)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from Witholding.** If you are exempt, complete only lines 1,2,3,4, and 7, and sign the form to validate it. Your exemption for 1999 expires February 16, 2000.

**Note:** *You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return*

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, Is My Withholding Correct for 1999?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding will usually be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

## Personal Allowances Worksheet

A. Enter "1" for yourself if no one else can claim you as a dependent.................................................. A __1__

B. Enter "1" if:  
  * You are single and have only one job  or  
  * You are married, have only one job, and your spouse does not work  or  
  * Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. ........... B ____

C. Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld).................................................. C __0__

D. Enter number of dependents (other than your spouse or yourself) you will claim on your tax return ............ D __0__

E. Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) ........ E __0__

F. Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit ........ F ____

G. **Child Tax Credit:** * If your total income will be between $20,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.   * If your total income will be between $50,000 and $80,000 ($63,000 and $115,00 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children.................... G ____

H. Add lines A through G and enter total here. Note: This amount may be different from the number of exemptions you claim on your return...... H __1__

---

For accuracy, complete all worksheets that apply.

* If you plan to **itemize or claim adjustments** to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
* If you are **single**, have **more than one job** and your combined earnings from all jobs exceed $32,000, OR if you are **married** and have a **working spouse or more than one job** and the combined earnings from all jobs exceed $55,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
* If **neither** of the above situations applies, **stop here** and enter the number from line H of Form W-4 below.

---

Cut here and give the certificate to your employer. Keep the top portion for your records.

---

**Form W-4**  
Department of the Treasury  
Internal Revenue Service

## Employee's Withholding Allowance Certificate
For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010  
**1999**

1 Type or print your first name and middle initial: **Leslyn A.**     Last name: **Byrd**

2 Your social security number: **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**

Home address (number and street or rural route): **P.O. Box 2047**

3 [ ] Single  [ ] Married  [✓] Married, but withhold at higher Single rate  
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box

City or town, state, and ZIP code: **Andalusia, AL 36420**

4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card........ [ ]

5 Total number of allowances you are claiming (from line H above or from the worksheets on page 2 if they apply) ....... 5  **1**

6 Additional amount, if any, you want withheld from each paycheck ................................................. 6 $ **0**

7 I claim exemption from withholding for 1999, and I certify that I meet BOTH of the following conditions for exemption:  
* Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability, AND  
* This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.  
If you meet both conditions, enter "EXEMPT" here ............ **exempt**     7

**10 Burke's Outlet**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it): **Leslyn Byrd**     Date: **2-14-00**

8 Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)     9 Office code (optional)     10 Employer identification number

NH 30.02    02/99                                    Page 1 of 2                                    Beall's Group of Companies

**U. S. Department of Justice**
Immigration and Naturalization Service

No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

Print Name: Last **Byrd**   First **Leslyn**   Middle Initial **A.**   Maiden Name **Nurse**

Address (Street Name and Number) **P.O. Box 2047**   Apt. #   Date of Birth (month/day/year) **11-12-69**

City **Andalusia**   State **AL**   Zip Code **36420**   Social Security # **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**

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until __/__/__ (Alien # or Admission # _____)

Employee's Signature **Leslyn Byrd**   Date (month/day/year) **2-14-00**

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature     Print Name

Address (Street Name and Number, City, State, Zip Code)     Date (month/day/year)

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on page 2 of this form and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: | | **Drivers Lic.** | | **Social Sec. Card** |
| Issuing authority: | | **Alabama** | | **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** |
| Document #: | | **5899798** | | |
| Expiration Date (if any): __/__ | | | | __/__ |
| Document #: | | **3,2,02** | | |
| Expiration Date (if any): __/__ | | | | |

CERTIFICATION -- I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) **2/17/00** and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative   Print Name **Vickie Vaughn**   Title **Mgr**

**BEALL'S OUTLET**
~~BEALL'S #292~~
~~CRESTVIEW #292~~
CRESTVIEW SHOPPING CENTER
2501 S. FERDON SUITE B
CRESTVIEW, FL 32536

Date (month/day/year) **2/17/00**

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable)     B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____   Document #: _____   Expiration Date (if any): _____

11
Burke's Outlet

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative     Date (month/day/year) **2/17/00**

Form I-9 (Rev. 11-21-91) N
NH 30.03 09/96     Page 1 of 2     Beall's Group of Companies

Beall's Group of Companies

# ABILITY TO PERFORM JOB STATEMENT

## Note to Manager

Review the appropriate job description with the employee before he or she completes this form.

## For Employee to Complete

The employee, _____Leslyn Byrd_____,
(Employee: Please print your name.)

is able to perform the physical requirements of the

_____Supervisor_____ position:
(Employee or Manager: Please print the position title.)

☒ with no accommodation by the Company.

☐ with reasonable accommodation by the Company as described here:

_____
_____
_____
_____

____Leslyn Byrd____         ____2-14-2000____
Employee's Signature              Date

## Manager's Section

____[signature]____         ____2/14/00____
Manager's Signature              Date

____347____
Store Number

*Send to Corporate Payroll.*

**12
Burke's Outlet**

NH 30.08  09/96                                    Beall's Group of Companies

# Beall's Group of Companies
## New Hire Acknowledgment Statement

| | Initial |
|---|---|
| **1. Employee Handbook Acknowledgment:**<br>I have received and read the Employee Handbook. I understand that this information is intended as a guide and should not be considered an employment contract between me and the Company. From time to time a Beall's Executive Officer may make verbal or written changes to the policies the handbook describes. Common sense and good business practice dictate that our Company make decisions which are exclusively its to make. These decisions include changing, interpreting, and applying the policies and benefits described in the handbook, with or without notice, to promote Beall's best interests. This concept applies to all Company's business, operational, and employment practices. Despite the statements made in the handbook, management reserves the right, based on the best interest of Beall's, to terminate employees at its discretion. This can be changed only by the President of Beall's. | 1. UB |
| **2. Employee Discount Policy:**<br>I have received and read Beall's employee discount policy. I understand that Beall's employee discount cards (both temporary and regular cards and including spouse cards) are property of the Company and will be returned upon termination. I am also aware that abuse of Beall's employee discount policies could result in discipline, up to and including termination of employment.<br><br>Please check the correct box: ☐ 1 Card (Employee only)   ☑ 2 Cards (Employee plus Spouse) | 2. UB |
| **3. Use of Back Support Belts:**<br>I am aware that my store has provided back support belts to help prevent lifting-associated lower back injuries. I understand that I must always wear one of these support belts when I am loading and unloading trucks or performing any heavy lifting tasks while working for Beall's. | 3. UB |
| **4. Hazard Communications:**<br>I have received an explanation of hazard communications, a review of hazardous materials and the location of the Material Safety Data Sheet Binder, and instructions on handling an emergency situation involving such materials. | 4. UB |
| **5. Probationary Period Agreement:**<br>I recognize and accept as a term of hire a 90-day probationary period with Beall's. I understand that, at management's discretion, I may be dismissed from employment for any legitimate business reason during this probationary period. | 5. UB |
| **6. Direct Deposit Agreement:**<br>I have read and understand the information regarding Direct Deposit of my paycheck. I understand that Direct Deposit is not a mandatory requirement as a condition of my employment however, it is highly recommended by Beall's for convenience and protection against loss or theft. | 6. UB |
| **7. Armed Robbery Policy:**<br>I have read and understand Beall's Armed Robbery Policy. I understand that during a robbery Beall's number one priority is the safety of employees and customers, and therefore, in the event of a robbery, I should not take any actions that might jeopardize my safety or the safety of others. | 7. UB |
| **8. Payroll Deduction Agreement:**<br>If I apply and am approved for an Employee Charge Account, I request that Beall's deduct from each paycheck (biweekly) the greater of $10 or 10% of the New Balance. I understand that if at any time the New Balance exceeds my credit limit on my Employee Charge Account, Beall's will increase the amount of the payroll deduction to cover the excess amount. I also agree that if my employment is terminated for any reason the outstanding balance will be deducted from my final paycheck. | 8. UB |

Manager: Please file a copy in Employee's Store Personnel file; send the original to the Payroll & Benefits Department.

13
**Burke's Outlet**

## New Hire Acknowledgement Statement, Continued

| | Initial |
|---|---|
| **9. Harassment and Sexual Harassment:**<br>I have received and understand Beall's Harassment and Sexual Harassment Policy. I understand that Harassment and Sexual Harassment will not be tolerated in our Company. It is the employee's responsibility to report any situation that he or she believes violates Beall's Harassment and Sexual Harassment policy to the supervisor, manager, the Human Resources Manager, or call SAMTIPS at 1-888-SAM-TIPS immediately. | 9. LB |

I hereby verify my understanding of the policies described in this acknowledgment statement which explains the employee handbook, the employee discount policy, use of back support belts, hazard communications, the probationary period agreement, direct deposit agreement, armed robbery policy, the payroll deduction agreement and the harassment and sexual harassment policy.

Employee's Signature: *Auslum Byrd*

Employee Number: 115164

Date: 2-14-00

Manager: Please file a copy in Employee's Store Personnel file; send the original to the Payroll & Benefits Department.

**14<br>Burke's Outlet**

# Beall's Group of Companies
## Direct Deposit Authorization Agreement (ACH Credits)

Name: Leslyn Byrd
Employee #: 115168
Store #: 347

I hereby authorize Beall's to initiate credit entries and to initiate, if necessary, debit entries and adjustments for any credit entries in error to my _____ Checking and/or ✓ Savings account (select one or both), indicated below and the depository names below, hereinafter called Financial Institution, to credit and/or debit the same to such account.

### Account #1

Percent or Amount to be deposited into Account #1: 100% 28994696
Financial Institution: _____
Type of Account (Circle One): (Checking)   Savings
Branch: _____
City: Andalus
State: AL     Zip: 36420
Transit/ABA No.: _____
Account No.: 28 994 696

(A voided check must be attached for a checking account or a voided withdrawal slip for a savings account)

### Account #2

Amount to be deposited into Account #2 _____

---

LESLYN N. BYRD
OR WILLIE JAMES BYRD, JR.
DL 5899798 5351014
P. O. BOX 2047  PH 334-388-4168
ANDALUSIA, AL 36420

4629

PAY TO THE ORDER OF _____

DATE _____

61-08/620
BRANCH 69489

$ _____

VOID

SouthTrust Bank
Andalusia, AL

BankersDozen

DOLLARS

⑆062000080⑆ 28 994 696⑈ 4629

---

15
Burke's Outlet

or a voided

received written
Beall's and the

Financial Institution a reasonable _____

Signature: Leslyn Byrd          Date: 2-14-00

3/2/00

Send to Corporate Payroll

NH 30.09  03/99                                    Beall's Group of Companies




Stone347

# CODE OF ETHICS COMPLIANCE QUESTIONNAIRE

*Confidential and Privileged*

JUN 1 9 2002

Please complete the following questions to ensure your understanding and compliance to the Company's Code of Ethics as stated in the Policies and Procedures Manual, Section 200.

## INTERNAL ETHICS

1. I have notified my supervisor of any outside activities that require me to spend time away from work.

   [✓] True without exception          [ ] Other (please attach statement)

2. I do not use the Company phone-mail, email, computer system or Internet access for personal reasons, unlawful activities or any activity that is inconsistent with the Company Policy.

   [✓] True without exception          [ ] Other (please attach statement)

## INDUSTRY-RELATED ETHICS

3. I do not have ownership or significant financial interest in any outside organization that does business with or is a competitor of the Company (other than normal investments in public companies). None of my family members or agents has such ownership or interest (to the best of my knowledge).

   [✓] True without exception          [ ] Other (please attach statement)

4. I have not represented the Company in any transaction with another concern in which I have, or any family member has, a substantial interest.

   [✓] True without exception          [ ] Other (please attach statement)

5. I do not do any of the following for any outside organization that does business with or is a competitor of the Company:

   - perform managerial services
   - perform consultative services, or
   - serve as a director.

17
Burke's Outlet

1

P:P&P Manual\Code of Ethics Quest.

## Industry-Related Ethics, Continued

Any exceptions are with the Company's knowledge and written approval.

[✓] True without exception          [ ] Other (please attach statement)

6. I have not accepted any of the following from any outside organization that does or is seeking to do business with, or is a competitor of, the Company:

   - gifts,
   - services,
   - unauthorized trips, loans, or entertainment.

   The only exceptions are entertainment or meals of nominal value as defined in the Company's policies. Also, none of my relatives have accepted any of the above.

   [✓] True without exception          [ ] Other (please attach statement)

7. To the best of my knowledge and belief, neither I nor any family member:

   - have any interest or connection which might conflict with the Company's interests, and
   - have not, within the past year engaged in any activity that might conflict with the Company's interests.

   [✓] True without exception          [ ] Other (please attach statement)

8. To the best of my knowledge and belief, no employee within my area of responsibility:

   - has any interest or connection which might conflict with the Company's interests or policies, or
   - has, within the past year engaged in any activity that might conflict with the Company's interests or policies.

   [✓] True without exception          [ ] Other (please attach statement)

9. I have not participated in, nor am I aware of, any unauthorized disbursement by the Company.

   [✓] True without exception          [ ] Other (please attach statement)

**Industry-Related Ethics**, Continued

10. If working in a buying capacity, I have bought merchandise for the Company at the lowest possible price.

    ☐ True without exception    ☐ Other (please attach statement)

11. I have not made purchases directly from any vendor solely for any personal use. Also, I have not accepted vendor discounts on merchandise for any personal use, except as approved by an executive officer of the Company.

    ☐ True without exception    ☐ Other (please attach statement)

12. I have not participated in, nor am I aware of, personal/professional behavior that is contrary to the Company's fraternization policy as stated in the Policies and Procedures Manual, PP205.

    ☐ True without exception    ☐ Other (please attach statement)

13. List all offices you hold or have held in outside companies other than charitable, civic or cultural organizations. This should include offices such as director, officer or partner. If none, please so indicate.

    *Customer service Representative, Public Relations, Sales Supervisors Managers, Switchboard operator, Data entry, Business office Rep., Consultant, and independant Beauty*

**SOCIAL ETHICS**

14. I have not participated in, nor am I aware of, any type of bribe, payoff, kickback, or illegal political contribution made by any employee, the Company or on behalf of the Company.

    ☑ True without exception    ☐ Other (please attach statement)

15. I have not participated in, nor am I aware of, any activities not in compliance with applicable environmental laws.

    ☑ True without exception    ☐ Other (please attach statement)

3

19
Burke's Outlet

P:P&P Manual\Code of Ethics Quest.

**Form W-4** — Employee's Withholding Allowance Certificate
Department of the Treasury, Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see page 2.
OMB No. ...45-0010
**2000**

1. Type or print your first name and middle initial: Leshun A.   Last name: Burks
2. Your social security number: 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
3. [ ] Single   [✓] Married   [ ] Married, but withhold at higher Single rate
   Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box
4. If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card ▶ [ ]
   Home address (number and street or rural route): P.O. Box 2017
   City or town, state, and ZIP code: Anadalusia, AL 36420
5. Total number of allowances you are claiming (from line H above OR from the worksheets on page 2): 0
6. Additional amount, if any, you want withheld from each paycheck: $ 1.00
7. I claim exemption from withholding for 2000, and I certify that I meet BOTH of the following conditions for exemption:
   * Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability, AND
   * This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.
   If you meet both conditions, enter "EXEMPT" here ▶ MAY

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it): Leshun Burks   Date: 5-6-00

8. Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS): Burkes Outlet #347
9. Office code (optional): 347
10. Employer identification number:

NH 30.02  02/00   Page 1 of 2   Beall's Group of Companies





"Retailers for Responsible Government"



# Membership Enrollment
## Contribution & Payroll Deduction Authorization

__Leslyn Byrd__ / __347__ __115164__
▲ Print Name / ▲ Store Number / ▲ Employee Number

☐ I would like to become a member of **Beall's PAC President's Club**.
I understand this requires annual dues contributions of $285 or more.

  ☐ I authorize the per-pay-period payroll deduction method for payment of annual dues as indicated below:

  ☐ $11  ☐ $15  ☐ $20  ☐ Other _____
  ($285 Annually)  ($390 Annually)  ($520 Annually)
  *(Please indicate the amount you would like to have deducted from each paycheck.)*

  ☐ My lump sum annual dues contribution of _____ (min. $285) is enclosed.
  *(Please make checks payable to Beall's PAC.)*

☒ I would like to become a **General Member of Beall's PAC**.

  ☐ I authorize the per-pay-period payroll deduction method for payment of annual dues as indicated below:

  ☒ $1.00  ☐ $2.50  ☐ $5.00  ☐ Other _____
  ($26 Annually)  ($65 Annually)  ($130 Annually)
  *(Please indicate the amount you would like to have deducted from each paycheck.)*

  ☐ My lump sum annual dues contribution of _____ (min. $25) is enclosed.

21
Burke's Outlet

Contributions to Beall's PAC are not tax deductible. Annual dues paid through payroll deduction will be renewed on an annual basis at the current level in effect, unless the member directs otherwise in writing.

By signing this enrollment form you affirm that, if you are a foreign national, you are legally able to work in the United States.

__Leslyn Byrd__        __9-17-01__
▲ Signature          ▲ Date

0301BEALLSPACMEMFORM    White: Payroll Copy    Yellow: Tax Dept.    Pink: Beall's PAC Administration    Gold: Employee Copy

# Beall's Inc. BEST Plan

Plan ID: 64757    001

**Rollover Contribution Into the Plan**

Other Forms May Be Required: Beneficiary Designation

*Change/Enrollm* (handwritten)
*RECEIVED ... 2 2001* (stamp)

## Information About You

Name (First M.I. Last): Leslyn A. Byrd

Social Security Number: 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

Street Address of Your Legal Residence: P.O. Box 2047

Date of Birth: 11-12-69

City: Andalusia    State: AL    Zip Code: 36420

Daytime Phone Number: 334-427-4014

## About Your Rollover Contribution

→ Rollover checks must be made payable to CGLIC and mailed to →
→ Include your social security number on your check.
→ Your Plan ID (printed at the top of this form) should also be clearly visible on your check.

Mellon Bank
PO Box 360062
Pittsburgh, PA 15251-0062
Attention CIGNA Lockbox #360062

I want to deposit this amount: $ 12% (9%)

Rollovers must consist of money on which you have never paid taxes. If you don't know whether or not your money comes from a qualified plan or an IRA which contains only taxable qualified plan money, contact your plan administrator or tax advisor.

→ How much, if any, of your rollover contribution consists of deductible employee contributions that you originally contributed to a qualified plan? $ _____

→ Tell us how you want to invest your rollover contribution by completing the following chart. Your percentages must add across to 100%.

Use increments of 1%.

| GIF Charter Guar Income Fund | CBF Charter Corp Bond-CIGNA | LT3 CIGNA Lifetime 30 | LT4 CIGNA Lifetime 40 | LT5 CIGNA Lifetime 50 | LT6 CIGNA Lifetime 60 | AVF AIM Value Account | SMI Charter Lg. Co. Stock Index-CIGNA | LCV Charter Lg. Co. Stock Valu I-Levin | FEG Fidelity Advisor Equity Grwth | IDV Invesco Dynamics | Total Must Equal 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 80% |  |  |  |  |  |  |  |  |  |

| SMV Charter Sm. Co. Stock Valu I-Berger | JWF Janus Worldwide Fund | BSK Beall's Stock Fund | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 20% |  |  |  |  |  |  |  |  |  |

**Special Instructions:** Increase from 20% to 12%

22
Burke's Outlet

## Approval

I certify that I want to invest my rollover funds according to the elections I made above.

Your Signature: Leslyn Byrd    Date: 6-25-01

### For Employer Use Only

For All Employees: Payroll Frequency (circle one): Weekly, Bi-Weekly, Monthly, Semi-Monthly, Quarterly, Annually

Hire Date: __/__/__    Participation Date: __/__/__    Eligibility Date: __/__/__    Years of Service: ___

Special ID Number: [ ][ ][ ][ ][ ][ ][ ][ ][ ]    Location Code: [ ][ ][ ][ ][ ]

I certify that these funds meet the plan's rollover eligibility requirements.

Company Authorization: _Cayy McD___    Date: 9/25/01

Rev. 9/18/96