BYRD DEPOSITION

EXHIBIT 20

BEALL'S

September 24, 2004

Leslyn Byrd
P.O. Box 2047
Andalusia, AL 36420

Dear Ms. Byrd,

Thank you for taking the time to meet with Joyce Penrod on Tuesday, September 21. Both she and I apologize that the original meeting date was postponed due to two separate hurricane warnings posted in Florida and Alabama. We also regret that you did not cooperate fully in the conversation with Joyce Penrod even if it was based on the advice of your representative. Beall's simply wished to gather the pertinent facts of the issue with your input.

We will complete an investigation based on the information you did provide although some details are not clear.

Should you reconsider, we would appreciate any additional details that you could provide. If you have additional questions you can reach Joyce or myself at 941-747-2355, extension 4715 or 4375.

Again thank you for your time.

Cordially,

Cheryl Woeltjen

Cheryl Woeltjen
Director of Human Resources
Beall's, Inc.

CC: Chris Collins

EXHIBIT 20

110
Burke's Outlet

Beall's Inc.
Post Office Box 25207
Bradenton, FL 34206-5207
Telephone (941) 747-2355