IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-423-WKW |
| | ) |
| BURKE'S OUTLET STORES-ALA., INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #32 ) filed on July 28, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on August 28, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 21, 2006. The defendant may file a reply brief on or before August 28, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 31st day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE