IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LESLYN BYRD,** | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| VS. | *CASE NO. 2:05-CV-423-WKW |
| | * |
| **BURKE'S OUTLET** | * |
| **STORES-ALA, INC.,** | * |
| | * |
|    DEFENDANT. | * |

**REPLY TO MOTION FOR
SUMMARY JUDGMENT**

    Comes now Counsel for Plaintiff, Leslyn Byrd, and represents that after thorough review of the evidence adduced to this point, Plaintiff cannot make a prima facie case to support her Complaint.

                        Malcolm R. Newman, Attorney, PC

                        /s/ Malcolm R. Newman
                        Malcolm R. Newman (NEW017)
                        P.O. Box 6137
                        Dothan, Alabama 36302
                        (334)792-2132
                        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dorman Walker
JoClaudia Moore
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101

              /s/ Malcolm R. Newman
              Malcolm R. Newman