**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LESLYN BYRD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **CASE NO. 2:05CV423-F** |
| | ) |
| **BURKE'S OUTLET STORES-ALA,** | ) |
| **INC.,** | ) |
| | ) |
|     **Defendant.** | |

## DEFENDANT BURKE'S OUTLET STORES-ALA, INC.'S
## WITNESS LIST

Defendant Burke's Outlet Stores-Ala, Inc. ("Burke's") will call the following persons to testify at the trial of the above-styled case:

1. Richard Picone
   1806 38th Avenue East
   Bradenton, FL  34208
   Telephone: (941) 744-4375

2. Margaret Rountree
   1806 38th Avenue East
   Bradenton, FL  34208
   Telephone: (941) 744-4375

3. Renee Bryant
   411 East Fourth Street
   Andalusia, AL  36420
   Telephone: (334) 427-4014

4. Lisa Twitty
   214 Sunpoint Drive
   Andalusia, AL  36421
   Telephone: (334) 427-4014

In addition, Burke's may call one or more of the following persons to testify at the trial of the above-styled case if the need arises:

171218.1

1.     Angela Ammons Kyles
   108 Perry Street
   Andalusia, AL  36420

2.     Virginia Taylor
   26037 Brogden Road
   Andalusia, AL 36421
   Telephone: (334) 388-1008

3.     A representative of Burke's.

4.     Plaintiff's expert witnesses, if any.

5.     Any person whose testimony is needed for purposes of rebuttal to Plaintiff's designation of expert witnesses.

6.     Plaintiff Leslyn Byrd.

7.     Any witness identified by any other party to this action.

8.     Any witness whose identity is disclosed through further discovery.

9.     Any witness whose testimony becomes relevant based on facts and/or contentions disclosed through discovery.

10.     Any person deposed in this case.

11.     A records custodian for any document produced in discovery and/or any other witness necessary to authenticate any exhibits.

12.     Any person whose testimony is needed for the purposes of rebuttal.

13.     Burke's reserves the right not to offer and/or to object to the testimony of any of the persons designated on this witness list if offered by any other party.

14.     Burke's reserves the right to supplement and/or amend this list.

                                                s/JoClaudia Moore
                                               One of counsel for defendant
                                               Burke's Outlet Stores-ALA, Inc

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/834-6500
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

I certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, to the following:

Malcolm R. Newman
Post Office Box 6137
Dothan, Alabama  36302

                                   s/JoClaudia Moore
                                   Of Counsel

171218.1                           3