IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO. 2:05-CV-423-F |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this cause, plaintiff Leslyn Byrd, and defendant Burke's Outlet Stores-ALA, Inc., acting under the authority of *Fed. Civ. P.* 41(a)(1)(ii), jointly stipulate to the dismissal with prejudice of this case with each party to bear his or its own costs, expenses, and fees.

Respectfully submitted this the 11th day of October, 2006.

                                                         s/Malcolm R. Newman
                                                         Counsel for plaintiff Leslyn Byrd

Post Office Box 6137
Dothan, AL  36302
334/792-2132
334/671-8341 (fax)

                                                         s/JoClaudia Moore
                                                         One of counsel for defendant
                                                         Burke's Outlet Stores-ALA, Inc.

OF COUNSEL:
Dorman Walker (WAL086)
JoClaudia Moore (MIT033)
Balch & Bingham, LLP
Post Office Box 78
Montgomery, AL  36101
334/834-6500
334/269-3115 (fax)

172540.1