IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLYN BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:05-cv-00423-WKW |
| | ) |
| | ) |
| BURKE'S OUTLET STORES-ALA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. # 38).  Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.  The pending motions (Docs. # 22 and # 32) are DENIED as moot.

An appropriate judgment will be entered.

DONE this the 12th day of October, 2006.

                                                   /s/  W.  Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE